Local AO 440 (Rev. 01/23) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

The State of Kansas, the State of North Dakota, the State of Alabama, the State of Idaho, the State of Indiana, the State of Iowa, the State of Missouri, the State of Montana, the State of Nebraska, the State of New Hampshire, the State of Ohio, the State of South Carolina, the State of South Dakota, the State of Tennessee and the Commonwealth of Virginia,

*Plaintiff*

v.

United States of America and the Centers for Medicare & Medicaid Services

*Defendant*

Civil Action No. 1:24-cv-150

## SUMMONS IN A CIVIL ACTION

To: Above Named Defendant(s)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Abhishek S. Kambli
Kansas Office of Attorney general
120 SW 10th Avenue
Topeka, Kansas 66610

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*KARI M. KNUDSON, CLERK OF COURT*

*/s/ Melissa Fischer, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

Date: August 8, 2024

Local AO 440 (Rev. 6/11) Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-150

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                         _____
                                                         *Server's signature*

                                                         _____
                                                         *Printed name and title*

                                                         _____
                                                         *Server's address*

Additional information regarding attempted service, etc: