UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

State of Kansas, State of North Dakota, et al. )
)
)  **CONSENT/REASSIGNMENT FORM**
)
Plaintiff(s) )
)
vs. )
)  Case No.  24-cv-150
United States of America, Centers for )
Medicare & Medicaid Services )
)
)
Defendant(s). )

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** [ ]                                                          **Reassignment** [✓]

                                                                                        State of North Dakota
_____                              _____
Party(ies) Represented                                              Party(ies) Represented

*/s/*                                                                            */s/  Philip Axt*
_____                              _____
Attorney Signature                                                     Attorney Signature

                                                                                        August 8, 2024
_____                              _____
Date                                                                              Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov