UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Kansas, et al. <br><br> Plaintiff(s) <br><br> vs. <br><br> United States of America, Centers for Medicare & Medicaid Services <br><br> Defendant(s). | **CONSENT/REASSIGNMENT FORM** <br><br> Case No.   24-cv-150 |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent.  While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ☐                           **Reassignment** ☑

State of Nebraska

_____          _____
Party(ies) Represented                  Party(ies) Represented

*/s/*                                    */s/* Zachary B. Pohlman
Attorney Signature                      Attorney Signature

                                        August 9, 2024
_____          _____
Date                                    Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov