UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

State of Kansas, State of North Dakota, et al. )
)
) **CONSENT/REASSIGNMENT FORM**
)
Plaintiff(s) )
)
vs. )
) Case No. 24-cv-150
United States of America, Centers for )
Medicare & Medicaid Services )
)
)
Defendant(s). )

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** [ ]                                              **Reassignment** [✓]

_____          Commonwealth of Virginia
Party(ies) Represented                                    Party(ies) Represented

*/s/*_____         */s/* Kevin M. Gallagher
Attorney Signature                                          Attorney Signature

_____          08/09/2024
Date                                                              Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov