IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| The State of Kansas, et al. )<br>)<br>)<br>)<br>v. )<br>)<br>United States of America, et al. )<br>)<br>)<br>)<br>) | **MOTION TO APPEAR PRO HAC VICE**<br><br>Case No. 2:24-cv-150-CRH |

Robert M. Overing , an attorney for   the State of Alabama moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | State of Alabama - Bar ID# 8736M14Q<br>State of California - Bar ID# 338361<br><br>Northern District of Alabama<br>Middle District of Alabama<br>Northern District of California<br><br>4th Circuit Court of Appeals<br>9th Circuit Court of Appeals<br>11th Circuit Court of Appeals |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 9th day of August, 2024    .

/s/    *Robert M. Overing*
Off. of the Ala. Atty. General
501 Washington Ave.
Montgomery, AL 36130
334.242.7300