UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| The State of KANSAS, the State of NORTH DAKOTA, the State of ALABAMA, the State of IDAHO, the State of INDIANA, the State of IOWA, the State of MISSOURI, the State of MONTANA, the State of NEBRASKA, the State of NEW HAMPSHIRE, the State of OHIO, the State of SOUTH CAROLINA, the State of SOUTH DAKOTA, the State of TENNESSEE, and the Commonwealth of VIRGINIA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:24-cv-00150-CRH |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the State of Indiana.

Respectfully submitted,

Date: August 9, 2024

/s/ James A. Barta
James A. Barta
Solicitor General
Office of the Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-0709
Fax: (317) 232-7979
Email: james.barta@atg.in.gov