AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| Kansas, State of et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-00150 |
| United States of America et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

South Dakota.

Date: 08/09/2024

/s/ Clifton E. Katz
*Attorney's signature*

Clifton E. Katz, #2816
*Printed name and bar number*

Office of Attorney General
1302 E. Highway 14, Suite 1
Pierre SD 57501

*Address*

clifton.katz@state.sd.us
*E-mail address*

(605) 773-3215
*Telephone number*

(605) 773-4106
*FAX number*