UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

State of Kansas, et al.                    )
                                           )     **CONSENT/REASSIGNMENT FORM**
                                           )
         Plaintiff(s)                      )
                                           )
vs.                                        )
                                           )
United States of America, et al.           )     Case No.   1:24-cv-00150-DMT-CRH
                                           )
                                           )
                                           )
         Defendant(s).                     )

         Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

# Consent ☐                    # Reassignment ✔

                                           State of South Carolina

_____            _____
Party(ies) Represented              Party(ies) Represented

/s/ _____         /s/  *Joseph D. Spate*
Attorney Signature                  Attorney Signature

                                     August 15, 2024
_____            _____
Date                                Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov