AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| State of Kansas, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-150 |
| United States of America, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Ohio.

Date: 08/26/2024

/s/ T. Elliot Gaiser
*Attorney's signature*

T. Elliot Gaiser, 96145 (Ohio)
*Printed name and bar number*

30 E. Broad St., 17th Floor
Columbus, OH 43215

*Address*

thomas.gaiser@ohioago.gov
*E-mail address*

(614) 466-8980
*Telephone number*

(614) 466-5087
*FAX number*