UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

The State of KANSAS, et al.

    *Plaintiffs*,

v.                                                                                  **Case No.** 1:24-cv-00150-CRH

UNITED STATES OF AMERICA and the
CENTERS FOR MEDICARE AND
MEDICAID SERVICES;

    *Defendants*.

_____

**NOTICE OF APPEARANCE**

The undersigned is admitted and authorized to practice in this Court and files this Notice of Appearance of Counsel on behalf of Plaintiff the State of Florida.

Respectfully submitted,

**ASHLEY MOODY**
ATTORNEY GENERAL


*/s/ Natalie P. Christmas*
Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 29th day of August 2024.

*/s/ Natalie P. Christmas*
Natalie P. Christmas

2