IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| State of Kansas, et al., </br></br> v. </br></br> United States of America and the Center for Medicare & Medicaid | ) ) ) ) ) ) ) ) ) ) ) | **MOTION TO APPEAR PRO HAC VICE** </br></br> Case No. 1:24-cv-00150-DMT-CRH |

Munera Al-Fuhaid, an attorney for the State of Texas moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | U.S. Court of Appeals, Fifth Circuit; </br> U.S. District Court, Western District of Texas </br> U.S. District Court, Eastern District of Texas </br> U.S. District Court, Southern District of Texas - 3379673 |
|---|---|
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None. |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 29t day of August, 2024        .

                                                        */s/*        *Munera Al-Fuhaid*

                                                        Munera Al-Fuhaid