IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| The State of KANSAS et al., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES, <br> Defendants. | Civil Action No. 1:24-cv-00150-DMT-CRH |

# DECLARATION OF STEVEN CAMAROTA IN SUPPORT OF PLAINTIFFS' MOTION FOR STAY AND PRELIMINARY INJUNCTION

I, Steven Camarota, declare under penalty of perjury under the laws of the United States that the following statement is true to the best of my knowledge:

1. My background, qualifications, and professional affiliations are set forth in my CV, which is attached to this declaration. As seen from my CV, for the last three decades I have conducted research and published on the fiscal, economic, and demographic impact of immigration in the United States.

2. I have been the Director of Research at the Center for Immigration Studies since 2000, and I was a resident fellow at the Center from 1996 to 2000. I have testified before Congress dozens of times on the economic, fiscal, and demographic impact of immigration, including twice in the last year. In addition, from 2000 to 2006 I was the lead researcher on a contract with the Census Bureau examining the quality of immigrant data in the American Community Survey.

3. My research has been featured on the front pages of The New York Times, The Washington Post, and USA Today, as well as numerous other media outlets. I have written for a number of journals including The Public Interest, Social Science Quarterly, National Interest, Academic Questions, and Foreign Affairs. I have also published general interest pieces for such publications as the Chicago Tribune, Los Angeles Times, National Review, and the Dallas Morning News. I have appeared on radio and television news programs including CNN, MSNBC, Fox News, NBC Nightly News, ABC World News Tonight, CBS Evening News, National Public Radio, and the PBS NewsHour.

4. I hold an M.A. in Political Science from the University of Pennsylvania and a Ph.D. in Public Policy Analysis from the University of Virginia. I have also received additional training in statistics at the University of Michigan ICPSR program.

5. The administration currently estimates that 86,000 DACA recipients will benefit from the rule change in FY 2026. *See* Table 3, 89 Fed. Reg. at 39,428. Tables 4 and 5 of the Final Rule show a cost in FY 2026 of $305 million. *See* Tables 4 & 5, 89 Fed. Reg. at 39,431-2. Dividing the total cost estimate by the number of beneficiaries estimated by the government indicates the value of ACA subsidies to each DACA recipient benefiting will be $3,547 per year by 2026.

6. This is a significant benefit, especially when one considers that DACA recipients have modest levels of education and modest incomes. The

Migration Policy Institute estimates that only 4 percent of DACA recipients ages 15 to 32 had completed a bachelor's degree. Jie Zong, et al., "A Profile of Current DACA Recipients by Education, Industry, and Occupation," MIGRATIONPOLICY.ORG, Nov. 2017, at 4, Table 1, available at https://www.migrationpolicy.org/sites/default/files/publications/DACA-Recipients-Work-Education-Nov2017-FS-FINAL.pdf. A 2021 analysis by the Kaiser Family Foundation estimates that 43% of the DACA-eligible population have incomes below 200% of the federal poverty threshold, compared to 26% of individuals born in the United States who are in the same age group. Kaiser Family Foundation, "Key Facts on Deferred Action for Childhood Arrivals (DACA)," Apr.13, 2023, available at https://www.kff.org/racial-equity-and-health-policy/fact-sheet/key-facts-on-deferred-action-for-childhood-arrivals-daca/.

7. Moreover, the above figures are for all those with DACA, while it is primarily those with lower incomes that will benefit from the largest ACA subsidies. That the new policy provides a substantial benefit to DACA recipients is not in dispute. It is one of the chief reasons given by the administration for providing ACA subsidies to this population. Given the size of this subsidy, there is good reason to believe that it will impact the future migration decisions of some recipients.

8. It is well established that a significant number of illegal immigrants leave the country on their own each year. Some of the most extensive research on

this topic comes from Robert Warren at the Migration Policy Institute. From 2010 to 2018, Warren estimates that 305,000 illegal immigrants left the country, not including those who were deported. Robert Warren, "Reverse Migration to Mexico Let to US Undocumented Population Decline: 2010 to 2018," 8(1) JOURNAL ON MIGRATION & HUM. SEC. 32, (2020), available at https://journals.sagepub.com/doi/full/10.1177/2331502420906125. By giving a large new benefit, the regulation adopted by the administration increases the incentive for DACA recipients to remain in the country. This is especially true of those low-income DACA recipients struggling to afford health care or those with serious medical conditions.

9. There is empirical research showing that public benefits of this kind can impact the migration decision of immigrants. Research indicates that immigrants tend to be attracted to countries with more generous welfare systems. Agersnap, Jensen, and Kleven found that by reducing benefit levels, Denmark substantially reduced the flow of immigrants into the country. *See* Ole Agersnap, et al., "The Welfare Magnet Hypothesis: Evidence from an Immigrant Welfare Scheme in Denmark." 2(4) AM. ECON. REV.: INSIGHTS 527 (2020), available at https://www.aeaweb.org/articles?id=10.1257/aeri.20190510. De Giorgi and Pellizzari also found that the generosity of public benefits had an impact on migration patterns in Europe. *See* Giacomo De Giorgi & Michele Pellizzari, "Welfare migration in Europe," 16(1) LABOUR ECON. 353 (2009), available at

4

https://www.sciencedirect.com/science/article/abs/pii/S0927537109000062?via%3Dihub. In the American context, Borjas (1999) found that the settlement of immigrants is influenced by benefit levels. *See* George J. Borjas, "Immigration and Welfare Magnets," 17(4) JOURNAL OF LABOR ECON. 607, October (1999), available at https://www.journals.uchicago.edu/doi/10.1086/209933. Similarly, Dobson (2001) also found a "significant correlation" between the inflow of immigrants and a locality's welfare benefits. *See* Marvin E. Dodson, "Welfare generosity and location choices among new United States immigrants," 21(1) INT'L. REV. OF LAW & ECON. 47 (2001), available at https://www.sciencedirect.com/science/article/abs/pii/S0144818800000405?via%3Dihub. A significant public benefit, such as the ACA subsidies provided to lower-income DACA recipients, can be expected to impact their migration patterns, including the probability that they will leave the country. This is especially true when one considers the limited healthcare options available to low-income DACA beneficiaries in their home countries.

10. The federal government reported in 2017 that Mexico (79.45%), El Salvador (3.7%), Guatemala (2.6%), and Honduras (2.3%) accounted for 88 percent of DACA recipients. *See* U.S. Citizenship and Immigration Services Data Sheet, "Approximate Active DACA Recipients," September 4, 2017, available at https://www.uscis.gov/sites/default/files/document/data/daca_population_data.pdf. An estimate from 2023 from the Center for Migration Studies show that

these four counties still account for about 90 percent of those with DACA. Ariel G. Ruiz Soto & Julia Gelatt, "A Shrinking Number of DACA Participants Face Yet Another Adverse Court Ruling," MIGRATIONPOLICY.ORG, Sept. 2023, available at https://www.migrationpolicy.org/news/shrinking-number-daca-participants. While the governments of these four countries provide some healthcare to their citizens, in each case the public healthcare system has struggled with underfunding. In general, low-income persons with health insurance in the United States would be expected to have access to better healthcare than lower-income people in these countries. This fact creates a significant incentive for lower-income DACA recipients who will benefit from ACS subsidies to remain in the United States.

11. The decision of illegal aliens to leave the country reflects many factors. Their economic well-being is chief among them. There is good reason to believe that providing a benefit worth several thousand dollars a year to lower-income DACA recipients will impact the decision of some to stay in the country who might otherwise leave. By reducing emigration, the new regulation will mean more people with DACA will remain in the country than otherwise would be the case, creating more costs for states and local governments.

## DECLARATION UNDER PENALTY OF PERJURY

I, _Steven Camarota_, a citizen of the United States and a resident of the State of _Virginia_, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of August, 2024.

Steven Camarota

**Vita**                                                                                           **August 2023**

**STEVEN A. CAMAROTA, Ph.D.**
**Director of Research**
**Center for Immigration Studies**

1629 K St., NW, Suite 600
Washington, DC 20006
(202) 466-8185
E-mail: sac@cis.org

## EDUCATION:

**University of Virginia**                                                                        Charlottesville, VA
Ph.D. in Policy Analysis, 1997

**University of Michigan**                                                                        Ann Arbor, MI
ICPSR Summer statistics program, 1994

**University of Pennsylvania**                                                                    Philadelphia, PA
M.A. in Comparative Politics, 1988

**Juniata College**                                                                               Huntington, PA
B.A. in Political Science, 1987

## RELEVANT EMPLOYMENT:

**Center for Immigration Studies**                                                                Washington, DC
Director of Research, 2000 to present
Resident Scholar, 1996 to 2000

**Census Bureau (contracted via Sabre Systems)**                                                  Washington, DC
Lead Researcher, 2000 to 2006

## OUTSIDE REVIEWER, JOURNALS AND ORGANIZATIONS:

*Demography*
*The American Journal of Sociology*
*The Quarterly Review of Economics and Statistics*
*Industrial and Labor Relations Review*
*International Social Science Review*
The National Academies of Sciences, Engineering, and Medicine
Public Policy Institute of California

## PUBLICATIONS:

### U.S. Census Bureau contractor (Sabre System Inc. was primary contract)

*Examining the American Community Survey Data Collection Process for Sources of Non-Sampling Error: Findings from Focus Groups of Survey Interviewers,* 2001.

*Assessing the Quality of Data Collected on the Foreign Born: An Evaluation of the American Community Survey Pilot Study,* with Jeffery Capizzano, 2004.

*Assessing the Quality of Data Collected on the Foreign Born: An Evaluation of the American Community Survey, Full Study Findings,* with Jeffery Capizzano, 2004.

*Evaluation of Subnational ACS Foreign-Born Data,* with Jeffery Capizzano, 2005.

### Selected journal articles/book chapters

"The Cost of Illegal Immigration," *National Affairs,* Summer 2024, Num. 60.

"Immigration 'Experts' vs. Wages," *Academic Questions,* Spring 2021, Vol.34, Num. 1.

"Immigration and the Aging Society," *National Affairs,* Summer 2021, Num. 48.

"All Longer-Term Employment Growth Has Gone to Immigrants, 2000 to 2014," with Karen Zeigler, *Debating Immigration, Second Edition* edited by Carol Swain, Cambridge University Press, 2018.

"The Fiscal and Economic Impact of Immigration: The Current Debate" in *Guide to U.S. Economic Policy,* edited by Robert E. Wright and Thomas W. Zeiler. Congressional Quarterly Press, 2014.

"Immigration and an Aging America," in *Public Policy and Aging Report*, National Academy on an Aging Society, Spring 2012, Vol. 22, Num. 2.

"Immigration and Black Americans: Accessing the Impact," in *The Impact of Illegal Immigration on the Wages and Employment Opportunities of Black Workers,* US Commission on Civil Rights, Chair: Gerald A. Reynolds, August 2010.

"Immigration's Impact on Public Coffers in the United States" in *The Effects of Mass Immigration on Canadian Living Standards and Society,* Editor: Herbert Grubel. Fraser Institute, 2009.

"Immigrant Employment Gains and Native Losses 2000-2004" in *Debating Immigration,* Editor: Carol M. Swain. Princeton University Press, 2007.

"The Impact of Immigration on the U.S. Labor Market" with Mark Krikorian. in *Globalization and Wages*, Editors: Albert Fishlow and Karen Parker. Council on Foreign Relations Press, 1999.

"The Effect of Immigration on the Earnings of Low-skilled Native Workers: Evidence from the June 1991 Current Population Survey," *Social Science Quarterly,* Vol 78 #2, June 1997.

**Selected opinion articles**

"More and more men are dropping out of work force," *New York Post*, Sep. 11, 2023.

The real employment crisis in Texas," *Dallas Morning News*, Jul 24, 2022.

"Increased Immigration is Not a Simple Solution for US Population Woes," *Real Clear Policy,* June 08, 2021.

"The Case Against Immigration: Why the United States Should Look Out for Itself," *Foreign Affairs,* March 31, 2017.

"Op-Ed: Trump's right. End the diversity visa lottery," *Los Angeles Times,* Nov. 2, 2017.

"How Many Americans?" *Washington Post*, September 2, 2008.

**Congressional testimony**

*The Cost of Illegal Immigration to Taxpayers,* January 11, 2024, Testimony for Immigration Integrity, Security, and Enforcement Subcommittee of the House Judiciary Committee.

*Illegal Immigration and the U.S. Labor Market,* September 13, 2023, Testimony for the House Education and the Workforce Committee Subcommittee Health, Employment, Labor, and Pensions.

*Would a Citizenship Question on the 2020 Census Reduce Response Rates?* June 8, 2018, Testimony Prepared for the House Judiciary Committee Subcommittee on the Constitution and Civil Justice.

*Can a Border Wall Pay for Itself?* April 25, 2017, Testimony Prepared for the Subcommittee on National Security of the Committee on Oversight and Government Reform.

*Does the H-2B Visa Program Make Sense?* June 8, 2016, Testimony Prepared for the Senate Committee on the Judiciary Subcommittee on Immigration and the National Interest.

*The Impact of Large-Scale Immigration on American Workers,* March 16, 2016, Testimony Prepared for the Senate Committee on the Judiciary Subcommittee on Immigration and the National Interest.

*The Fiscal and Economic Impact of Administrative Amnesty,* March 17, 2015, Testimony Prepared for the National Security Subcommittee and Subcommittee on Health Care, Benefits and Administrative Rules House Committee on Oversight and Government Reform.

*The Fiscal and Economic Impact of Immigration on the United States,* May 8, 2013, Testimony Prepared for the Joint Economic Committee of Congress.

*Why Less-Skilled Immigration and Amnesty Are so Costly to Taxpayers,* April 22, 2013, Testimony Prepared for the Senate Committee on the Judiciary.

*The Dream Act,* June 28, 2011, Testimony Prepared for the Senate Committee on the Judiciary Subcommittee on Immigration, Refugees, and Border Security.

*Immigrant Gains and Native Losses in the U.S. Job Market, 2000 to 2010,* March 10, 2011, Testimony Prepared for the House Judiciary Committee, Subcommittee on Immigration, Border Security, and Claims

*Immigration and the U.S. Economy,* September 30, 2010, Testimony before the House Judiciary Committee Subcommittee on Immigration, Citizenship, Refugees, Border Security and International Law.

*Immigration's Impact on U.S. Workers,* November 19, 2009, Testimony before the House Judiciary Committee Subcommittee on Immigration, Citizenship, Refugees, Border Security, and International Law.

*The H-2B Visa Program and a "Shortage" of American Workers,* April 16, 2008, Testimony before the House Judiciary Committee Subcommittee on Immigration, Citizenship, Refugees, Border Security, and International Law.

*Immigration, Social Security, and The Labor Market,* June 19, 2007, Testimony before the House Judiciary Committee, Subcommittee on Immigration and Claims.

*Immigration's Impact on American Workers,* May 9, 2007, Testimony before the House Judiciary Committee, Subcommittee on Immigration and Claims.

*Immigration's Impact on American Workers,* August 29, 2006, Testimony before the House Judiciary Committee, Subcommittee on Immigration and Claims.

*Immigration's Impact on Public Coffers, Federal and Local,* August 24, 2006, Testimony before the House Judiciary Committee Subcommittee on Immigration and Claims.

*Immigration's Impact on Public Coffers,* July 26, 2006, Testimony before the House Ways and Means Committee.

*Analysis of the Senate Amnesty Plan: S2611 Repeats Many of the Mistakes of the Past,* July 18, 2006, Testimony before the House Judiciary Committee Subcommittee on Immigration, Border Security, and Claims.

*The Impact of Non-Citizens on Congressional Apportionment,* December 6, 2005, Testimony before the House Committee on Oversight and Government Reform Subcommittee on Federalism and the Census.

*Immigrant Job Gains and Native Job Losses 2000 to 2004,* May 4, 2005, Testimony before the House Judiciary Committee Subcommittee on Immigration, Border Security, and Claims.

*What's Wrong with the Visa Lottery?* April 29, 2004, Testimony before the U.S. House Subcommittee on Immigration, Border Security, and Claims.

*Impact of Immigration on American Workers,* October 30, 2003, Testimony before the U.S. House Subcommittee on Immigration, Border Security, and Claims.

*Threats to National Security: The Asylum System, The Visa Lottery, and 245(i),* October 9, 2002, Testimony before the U.S. House Subcommittee on Immigration, Border Security, and Claims.

*Making Interior Enforcement Work,* June 19, 2002, Testimony before the U.S. House Judiciary Committee Subcommittee on Immigration and Claims.

*Immigration and Terrorism,* October 12, 2001, Testimony before the U.S. Senate Committee on the Judiciary Subcommittee on Technology Terrorism and Government Information.

*The Impact of Immigration on U.S. Population Growth,* August 2, 2001, Testimony before the U.S. House Subcommittee on Immigration, Border Security, and Claims.

*The Impact of Mass Immigration on the Poor,* March 11, 1999, Testimony before the U.S. House Subcommittee on Immigration, Border Security, and Claims.

**Selected Center for Immigration Studies publications**
All my publications, including numerous opinion pieces and blogs, can be found here: https://cis.org/Camarota

*Working-Age, but Not Working: A look at the decades-long decline in labor force participation among the U.S.-born and its implications for immigration policy,* with Karen Zeigler, August 2023.

*Mapping the Impact of Immigration on Public School*, with Bryan Griffith and Karen Zeigler, June 2023.

*What Happened When Immigration Fell: Less Skilled Americans Got a Raise,* May 16, 2023.

*Estimating the Impact of Immigration on U.S. Population Growth,* with Karen Zeigler, March 27, 2023.

*The Employment Situation of Immigrants and the U.S.-Born in the Fourth Quarter of 2022,*
with Karen Zeigler, February 16, 2023.

*The Second Generation: Glass Half Empty or Half Full? A look at the socio-economic assimilation of second-generation Americans,* September 2022.

*Estimating How Much Increasing the Supply of Workers Through Immigration Might Lower Consumer Prices,* with Karen Zeigler, May 2022.

*Estimating the Illegal Immigrant Population Using the Current Population Survey,* with Karen Zeigler, March 2022.

*Estimating the Impact of Immigration on U.S. Population Growth 1982 to 2017,* with Karen Zeigler, February 2022.

*Understanding the New 2021 Population Estimates,* with Karen Zeigler, February 2022.

*Are Immigrants Less Willing to Report Crime? Data from the National Crime Victimization Survey says No,* with Jessica Vaughan and Karen Zeigler, October 2021.

*Immigrants Coming to America at Older Ages: A look at age at arrival among new immigrants, 2000 to 2019,* with Karen Zeigler, March 2021.

*Fertility Among Immigrants and Native-Born Americans: Difference Between the Foreign-born and the Native-born Continues to Narrow,* with Karen Zeigler, February 16, 2021.

*New Census Bureau Data Indicates There Was a Large Increase in Out-Migration in the First Part of the Trump Administration,* with Karen Zeigler, October 2020.

*Legal and Illegal Immigration Impact Political Representation,* July 31, 2020.

*The Impact of Legal and Illegal Immigration on the Apportionment of Seats in the U.S. House of Representatives,* with Karen Zeigler, December 2019.

*Latest Census Bureau Surveys Do Not Agree on Size and Growth of Immigrant Population,* October 2019.

*How Much Would It Cost to Provide Health Insurance to Illegal Immigrants?* with Karen Zeigler and Jason Richwine, October 10, 2019.

*Projecting the Impact of Immigration on the U.S. Population,* with Karen Zeigler, February 2019.

*New Estimate of 22 Million Illegal Immigrants Is Not Plausible,* September 2018.

*Almost Half Speak a Foreign Language in America's Largest Cities,* with Karen Zeigler, September 2018.

*The Declining Fertility of Immigrants and Natives,* with Karen Zeigler, October 2017.

*Who Voted in 2016? A look at the demographic characteristics of the electorate,* with Karen Zeigler, May 2017.

*The Cost of a Border Wall vs. the Cost of Illegal Immigration,* February 2017.

*The Employment Situation of Immigrants and Natives in the Third Quarter of 2016,* December 2016.

*Immigration Surging: 1.5 Million Arriving Annually Total immigrant population hit record high in 2015 — 43.3 million,* October 2016.

*Nearly 65 Million U.S. Residents Spoke a Foreign Language at Home in 2015, Up 5.2 million since 2010 and up 1.5 million since 2014,* with Karen Zeigler, October 2016.

*Immigrants in the United States: A profile of the foreign-born using 2014 and 2015 Census Bureau data,* with Karen Zeigler, October 2016.

*County Map: Growth of Adult Immigrant Population, 1990 to 2014 Immigrant share of adults quadrupled in 232 counties,* with Karen Zeigler, October 2016.

*Immigration Surged in 2014 and 2015 More than three million legal and illegal immigrants settled in the United States in the last two years,* June 2016.

*61 Million Immigrants and Their Young Children Now Live in the United States,* with Karen Zeigler, March 2016.

*The High Cost of Resettling Middle Eastern Refugees,* November 2015.

*One in Five U.S. Residents Speaks Foreign Language at Home,* with Karen Zeigler, October 2015.

*Welfare Use by Legal and Illegal Immigrant Households,* September 2015.

*Comparing Immigrant and Native Abortion Rates,* April 2015.

*Who Got the Jobs in Georgia?* with Karen Zeigler, September 2014.

*All Employment Growth Since 2000 Went to Immigrants,* with Karen Zeigler, June 2014.

*Is There a STEM Worker Shortage? A look at employment and wages in science, technology, engineering, and math,* with Karen Zeigler, May 2014.

*Are There Really Jobs Americans Won't Do? A detailed look at immigrant and native employment across occupations,* with Karen Zeigler, May 2013.

*Who Voted in 2012? Results from the Census Bureau's November Voting and Registration Supplement* May 2013.

*Projecting Immigration's Impact on the Size and Age Structure of the 21st Century American Population,* December 2012.

*Immigrants in the United States, 2010: A Profile of America's Foreign-Born Population,* August 2012.

*Projecting the 2012 Hispanic Vote: Shares Nationally and in Battleground States,* with Karen Zeigler, August 2012.

*A Drought of Summer Jobs: Immigration and the Long-Term Decline in Employment Among U.S.-Born Teenagers,* with Karen Jensenius, May 2010.

*Religious Leaders vs. Members: An Examination of Contrasting Views on Immigration,* December 2009.

*Business and Labor on Immigration: Contrasting Views of Leaders vs. Rank and File,* February 2010.

*Immigration and Crime: Assessing a Conflicted Issue* with Jessica Vaughan, *November* 2009.

*Public Opinion in Mexico on U.S. Immigration: Zogby Poll Examines Attitudes,* October 2009.

*A Shifting Tide: Recent Trends in the Illegal Immigrant Population,* with Karen Jensenius, July 2009.

*Immigration to the United States and World-Wide Greenhouse Gas Emissions,* with Leon Kolankiewicz, August 2008.

*Immigrants in the United States, 2007: A Profile of America's Foreign-Born Population,* November 2007.

*100 Million More: Projecting the Impact of Immigration On the U.S. Population, 2007 to* 2060, August 2007.

*Illegitimate Nation: An Examination of Out-of-Wedlock Births Among Immigrants and Natives,* June 2007.

*Dropping Out: Immigrant Entry and Native Exit From the Labor Market, 2000-2005,* March 2006.

*Births to Immigrants in America: 1970 to 2002,* July 2005.

*Immigration in an Aging Society: Workers, Birth Rates, and Social Security*, April 2005.

*A Jobless Recovery? Immigrant Gains and Native Losses*, October 2004.

*The High Cost of Cheap Labor: Illegal Immigration and the Federal Budget,* August 2004.

*Remaking the Political Landscape: The Impact of Illegal and Legal Immigration on Congressional Apportionment*, October 2003.

*Where Immigrants Live: An Examination of State Residency of the Foreign Born by Country of Origin in 1990 and 2000,* with Nora McArdle, September 2003.

*Outsmarting Smart Growth: Population Growth, Immigration, and the Problem of Sprawl,* with Roy Beck and Leon Kolankiewicz, August 2003.

*Elite vs. Public Opinion: An Examination of Divergent Views on Immigration,* with Roy Beck, December 2002.

*Immigrants in the United States - 2002: A Snapshot of America's Foreign-Born Population,* November 2002.

*The Open Door: How Militant Islamic Terrorists Entered and Remained in the United States 1993-2001,* May 2002.

*The New Ellis Islands: Examining Non-Traditional Areas of Immigrant Settlement in the 1990s,* with John Keeley, September 2001.

*Immigration from Mexico: Assessing the Impact on the United States,* July 2001.

*The Slowing Progress of Immigrants: An Examination of Income, Home Ownership, and Citizenship, 1970-2000,* March 2001.

*Without Coverage: Immigration's Impact on the Size and Growth of the Population Lacking Health Insurance,* with James Edwards, July 2000.

*Reconsidering Immigrant Entrepreneurship: An Examination of Self-Employment among Natives and the Foreign-Born,* January 2000.

*Importing Poverty: Immigration's Impact on the Size and Growth of the Poor Population in the United States,* September 1999.

*The Wages of Immigration: The Effect on the Low-Skilled Labor Market,* January 1998.

**Selected conference papers/presentations**

"Evaluating the Role of Immigration in U.S. Population Projections," Annual Meeting of the Population Association of America, with Stephen Tordella, Tom Godfrey and Nancy Wemmerus Rosene, April 2012.

"Assessing the Accuracy of Data Collected on the Foreign Born: Findings from an Evaluation of the American Community Survey," Annual Meeting of the Population Association of America, April 2005.

"Assessing the Accuracy of Data Collected on the Foreign Born in the ACS," Annual Meeting of the Population Association of America, April 2001.

"The Impact of Immigration on the Incidences of Poverty in the United States," Annual Meeting of the Population Association of America, April 1999.

"The Determinates of Attitudes Toward Immigrants," Annual Meeting of the Midwestern Political Science Association, April 1998.

"The Effects of Labor Market Competition on Attitudes Toward Immigrants," Annual Meeting of the Western Political Science Association, March 1998.

"The Effect of Immigrant Competition on the Wages of Blacks," Annual Meeting of the Association for Public Policy Analysis and Management, November 1997.

"Public Services Used and Taxes Paid by Immigrants in the United States," Annual Meeting of the American Sociological Association, August 1997.

"The Consequences of Immigration for Low-skilled Minorities," Annual Meeting of the Western Economic Association, July 1997.

"Policy Responses of State and Local Governments to Welfare Reform for Immigrants," Annual Meeting of the Association of Public Policy Analysis and Management, October 1996.

"The Wage Consequences of Immigration for the Native-born Poor," Annual Meeting of the New York State Political Science Association, April 1995.