Local AO 440 (Rev. 6/11) Summons in a Civil Action (Page 2)

Civil Action No.    1:24-cv-150

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney's Office - Washington D.C.
was received by me on *(date)* August 30, 2024    .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Case documents packaged and provided by AAG Jay Rodriguez were given to SA Slater, who transported the items to the USPS located at 424 S. Kansas Ave Ste 1, Topeka, KS 66603 where they were presented to be certified mail to the US Attroney's Office, Washington DC.  A receipt was obtained.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   August 30, 2024                    *Randolph E Slater, SA 796*
                                           *Server's signature*

                                           Randolph E Slater, Special Agent
                                           *Printed name and title*

                                           120 SW 10th Avenue 2nd Floor, Topeka, KS 66612-1597
                                           *Server's address*

Additional information regarding attempted service, etc:

Case 1:24-cv-00150-DMT-CRH   Document 13   Filed 08/08/24   Page 2 of 2

Local AO 440 (Rev. 6/11) Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-150

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   United States Attorney's Office - Bismark, ND

was received by me on *(date)*   August 30, 2024   .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Case documents packaged and provided by AAG Jay Rodriguez were given to SA Slater, who transported the items to the USPS located at 424 S. Kansas Ave Ste 1, Topeka, KS 66603 where they were presented to be certified mail to the US Attroney's Office, Bismark, ND.  A receipt was obtained.

My fees are $ _____ for travel and $ _____ for services, for a total of S _____ .

I declare under penalty of perjury that this information is true.

Date:   August 30, 2024

*Server's signature*

Randolph E Slater, Special Agent
*Printed name and title*

120 SW 10th Avenue 2nd Floor, Topeka, KS 66612-1597
*Server's address*

Additional information regarding attempted service, etc:

Local AO 440 (Rev. 6/11) Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-150

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Centers for Medicare & Medicaid Services - Washington D.C.
was received by me on *(date)* August 30, 2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Case documents packaged and provided by AAG Jay Rodriguez were given to SA Slater, who transported the items to the USPS located at 424 S. Kansas Ave Ste 1, Topeka, KS 66603 where they were presented to be certified mail to the Centers for Medicare & Medicaid Services, Washington D.C. Receipt obtained.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   August 30, 2024

*Server's signature*   Randolph E Slater, SA 796

Randolph E Slater, Special Agent
*Printed name and title*

120 SW 10th Avenue 2nd Floor, Topeka, KS 66612-1597
*Server's address*

Additional information regarding attempted service, etc: