UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| The State of KANSAS et al.<br><br>Plaintiff(s)<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendant(s). | **CONSENT/REASSIGNMENT FORM**<br><br>Case No. 1:24-cv-00150-DMT-CRH |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ✔         **Reassignment** ☐

The State of TEXAS

Party(ies) Represented                              Party(ies) Represented

/s/ David Bryant                                         /s/
Attorney Signature                                   Attorney Signature

September 5, 2024
Date                                                           Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov