AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| State of Kansas, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-150-DMT-CRH |
| United States of America, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All defendants.

Date: 09/06/2024

/s/ Christopher A. Eiswerth
*Attorney's signature*

Christopher A. Eiswerth (DC Bar No. 1029490)
*Printed name and bar number*

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Address*

christopher.a.eiswerth@usdoj.gov
*E-mail address*

(202) 305-0568
*Telephone number*

(202) 616-8460
*FAX number*