UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF KANSAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*. | Case No. 24-cv-150-DMT-CRH |

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Proposed Briefing Schedule, it is hereby ORDERED that the following schedule and page limits shall govern the parties forthcoming briefing on Plaintiffs' motion for a stay of the final rule and preliminary injunction (ECF No. 35):

| Brief | Date | Page Limit |
|---|---|---|
| Defendants' Opposition | September 25, 2024 | 30 pages |
| Plaintiffs' Reply | October 9, 2024 | 15 pages |

IT IS SO ORDERED this ___ day of September 2024.

_____
DANIEL M. TRAYNOR
United States District Judge