UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| **The State of KANSAS, et al.,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES,**<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:24-cv-00150-DMT-CRH |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Matthew S. Rozen, who is admitted to practice in this Court, hereby enters his appearance as counsel for Proposed Intervenors Claudia Moya Lopez, Dania Quezada Torres, Hyun Kim, and CASA, Inc. in this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 20, 2024　　　　　/s/ *Matthew S. Rozen*
　　　　　　　　　　　　　　　　　　Matthew S. Rozen (VA Bar No. 85871)
　　　　　　　　　　　　　　　　　　MRozen@gibsondunn.com
　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　1700 M Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　Telephone: 202.887.3596
　　　　　　　　　　　　　　　　　　Facsimile: 202.530.9596

　　　　　　　　　　　　　　　　　　*Attorney for Proposed Intervenors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024, I filed the foregoing Notice of Appearance using the Court's CM/ECF system, which will send a notice of the filing to counsel for all parties.

/s/  *Matthew S. Rozen*
Matthew S. Rozen