UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| **The State of KANSAS, et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES,**<br><br>    Defendants. | **CIVIL ACTION NO. 1:24-cv-00150-DMT-CRH** |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Betty X. Yang, who is admitted to practice in this Court, hereby enters her appearance as counsel for Proposed Intervenors Claudia Moya Lopez, Dania Quezada Torres, Hyun Kim, and CASA, Inc. in this matter.

                                                                 Respectfully submitted,

Dated: September 20, 2024            /s/ Betty X. Yang
                                                                 Betty X. Yang (TX Bar No. 24088690)
                                                                 BYang@gibsondunn.com
                                                                 GIBSON, DUNN & CRUTCHER LLP
                                                                 2001 Ross Avenue, Suite 2100
                                                                 Dallas, TX 75201
                                                                 Telephone: 214.698.3100
                                                                 Facsimile: 214.571.2900

                                                                 *Attorney for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I filed the foregoing Notice of Appearance using the Court's CM/ECF system, which will send a notice of the filing to counsel for all parties.

/s/ *Betty X. Yang*
Betty X Yang