# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| **The State of KANSAS, et al.,**<br><br>         **Plaintiffs,**<br><br>   v.<br><br>**UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES,**<br><br>         **Defendants.** | CIVIL ACTION NO. 1:24-cv-00150-DMT-CRH |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

John Matthew Butler, who is admitted to practice in this Court, hereby enters his appearance as counsel for Proposed Intervenors Claudia Moya Lopez, Dania Quezada Torres, Hyun Kim, and CASA, Inc. in this matter.

                                                       Respectfully submitted,

Dated: September 20, 2024                   /s/ *John Matthew Butler*
                                                       John Matthew Butler (D.C. Bar No. 1721350)
                                                          MButler@gibsondunn.com
                                                          GIBSON, DUNN & CRUTCHER LLP
                                                           1700 M Street, N.W.
                                                          Washington, D.C. 20036
                                                          Telephone: 202.887.3739
                                                          Facsimile: 202.831.6114

                                                          *Attorney for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I filed the foregoing Notice of Appearance using the Court's CM/ECF system, which will send a notice of the filing to counsel for all parties.

/s/  *John Matthew Butler*
John Matthew Butler