**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**WESTERN DIVISION**

| | |
|---|---|
| **The State of KANSAS, et al.,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES,**<br><br>    **Defendants.** | **CIVIL ACTION NO. 1:24-cv-00150-DMT-CRH** |

**PROPOSED INTERVENOR'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, proposed intervenor CASA, Inc. ("CASA") provides this Corporate Disclosure Statement. CASA states that it is a non-profit organization, has no parent corporation, and that no publicly held corporation owns 10% or more of CASA's stock.

Date: September 20, 2024                     Respectfully submitted,

                                             /s/ Matthew S. Rozen

Nicholas Espiritu*                           Matthew S. Rozen (VA Bar No. 85871)
espiritu@nilc.org                            John Matthew Butler (D.C. Bar No.
Gabrielle Lessard*                           1721350)
Lessard@nilc.org                             GIBSON, DUNN & CRUTCHER LLP
Tanya Broder*                                1050 Connecticut Avenue, N.W.,
broder@nilc.org                              Washington, D.C. 20036
NATIONAL IMMIGRATION LAW                     mrozen@gibsondunn.com
CENTER                                       mbutler@gibsondunn.com
3450 Wilshire Blvd.                          Telephone: 202.955.8500
Suite 108 – 62                               Facsimile: 202.467.0539
Los Angeles, CA 90010
Telephone: 213.639.3900                      Betty X. Yang (TX Bar No. 24088690)
Facsimile: 213.639.3911                      byang@gibsondunn.com
                                             GIBSON, DUNN & CRUTCHER LLP
Joanna E. Cuevas Ingram*                     2001 Ross Avenue Suite 2100
cuevasingram@nilc.org                        Dallas, Texas 75201
Hilda Bonilla*                               Telephone: 214.698.3100
bonilla@nilc.org                             Facsimile: 214.571.2900
NATIONAL IMMIGRATION LAW
CENTER
P.O. Box 34573
Washington, DC 20043
Telephone: 202.216.0261
Facsimile: 202.216.0266


                                             *Pro hac vice forthcoming

                                             *Attorneys for Proposed Intervenors*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 20, 2024, I filed the foregoing Corporate Disclosure Statement using the Court's CM/ECF system, which will send a notice of the filing to counsel for all parties.

                                                   /s/   *Matthew S. Rozen*
                                                          Matthew S. Rozen