**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION**

| | |
|---|---|
| The State of KANSAS, the State of NORTH DAKOTA, the State of ALABAMA, the State of ARKANSAS, the State of FLORIDA , the State of IDAHO, the State of INDIANA, the State of IOWA, the Commonwealth of KENTUCKY, the State of MISSOURI, the State of MONTANA, the State of NEBRASKA, the State of NEW HAMPSHIRE, the State of OHIO, the State of SOUTH CAROLINA, the State of SOUTH DAKOTA, the State of TENNESSEE, the State of TEXAS, and the Commonwealth of VIRGINIA,<br><br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-00150-DMT-CRH |

**DECLARATION OF DANIA QUEZADA TORRES**

I, Dania Quezada Torres, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I was born in September 1997 in Chihuahua City, Mexico and currently live in Seattle, Washington.

2. I have been in the United States since July 2003. My mother, sisters, and I came on tourist visas when I was 5 years old.

3. I grew up in California. My parents worked hard to create a life for us, and I went to school. I didn't know the legal repercussions of my status until I was in fourth or fifth grade, when a teacher made fun of my status. At home, it felt like a cloud of fear always loomed on us and we were very scared of law enforcement. We relied on our church congregation, which included other mixed status families.

4. Healthcare coverage was also a challenge growing up. My father's job did not offer health insurance and my mother was a stay-at-home mom. We paid out-of-pocket for everything and did not regularly access care. Eventually, I was able to get health insurance through California and finally accessed healthcare. In high school, I had to purchase insurance in order to play a school sport – water polo – so we purchased a very cheap plan.

5. The United States is my home. I have three siblings, two of whom live in the United States. My middle sister is a DACA recipient, and my older sister is a U.S. citizen. When I am not at school in Seattle, I stay with my sisters and mom in California. My older sister is in the process of purchasing a home and I hope to do the same someday.

6. I attended to Emory University, starting in 2015. I received a bachelor's degree in philosophy and classical civilizations. When I was applying to schools, Emory adjusted its financial aid policy to include DACA recipients, so I qualified to receive financial aid. I am proud to be part of Emory's first DACA class and one of the first DACA women to graduate from Emory. I would not have been able to

       attend without DACA status.

7. I am currently in my third year of law school at the University of Washington. I wanted to be a lawyer since I was young, but prior to receiving DACA, I thought it was out of reach. I aspire to be an immigration lawyer, so I am working hard to excel in school and preparing to sit for the bar. I have interned for immigration policy organizations and advocated extensively for my community. I intend to continue advocacy and community service following law school. I have filed taxes every year that I have been eligible, and I intend to do so this year and in future years.

8. I applied for Deferred Action for Childhood Arrivals ("DACA") with U.S. Citizenship and Immigration Services (USCIS) approval in 2013. I was approved and received work authorization, as USCIS found me to be deserving of deferred action. DACA gave me a sliver of hope that I can realize my dreams. With work authorization, I am able to work and save money for school. I have never had a lapse in my DACA status.

9. I currently have limited school-based access to care. I pay the student fee and get one quarterly appointment at the school clinic. I looked previously at my options to purchase health insurance, but direct access as an individual is outside my small student budget.

10. Health insurance coverage is very important to me because I have been diagnosed with attention deficit disorder and obsessive-compulsive disorder. Without

        medication for these diagnoses, I would not be able to study, apply to jobs, or work a future job.  I need my medication to participate in social activities, be a good family member, and generally thrive.  I would not be who I am today without it.

11. Right now, I pay a school fee that entitles me to a quarterly visit at the University of Washington school clinic and pay out-of-pocket for any other visits.  These out-of-pocket visits have previously cost me around $150 for only a telehealth visit and prescriptions.  I use my single school clinic visit to renew my prescriptions. Without these school services, it is very difficult for me to obtain my medications.  Even over the summer, I take summer classes just to retain access to medication.

12. When I first moved to Seattle for school, I applied to a community clinic for low-cost care.  I was found eligible for their low-cost services, but I found that I still could not afford those services.  Instead, I relied on my one free quarterly visit at my student clinic.  I was eligible for this program because I did not have an income.  As I move forward in my career, I am concerned about losing access to benefits for low-income individuals, while affordable coverage remains out of reach.

13. When I have a delay in renewing my prescription, like when I am staying with my sister in California, I have to ration out my medication. Rationing is difficult and shows me I would not be able study or thrive without my medication.  I believe

           that insurance would make it easier for me to fill my prescriptions when I travel or visit family.

14. A few months ago, I had a health scare. I had a bacterial infection. I had already used my single school-clinic doctor's visit, so I tried to treat it on my own. The pain got worse and worse, so I had to go to urgent care. I told the doctor that I was uninsured, so the doctor wrote a prescription for especially strong antibiotics so I would need to pay for less medication and not have to return for additional visits. I had to pay out-of-pocket for the consult ($120) and medication (~$30-$40). I wish I had been able to take care of it sooner and avoid the pain and urgent care visit.

15. I have a lot of anxiety about how I will get the medications I need after graduating from law school. As an aspiring lawyer, I have to sit for the bar exam to practice law. My plan has been to obtain a full-time job and study for the bar part-time, which is how I prepared for my law school admission test. But if I cannot find a full-time job right away, I am very concerned about my ability to access the medications I need to study well for the bar, which could then delay my ability to work as a lawyer.

16. I heard about the Final Rule right when it came out and was very thankful. This rule would allow me to purchase affordable insurance on the ACA Washington Health Benefit Exchange Marketplace (Cascade Care), allowing me to focus on school and studying for the bar to fulfill my dream of becoming a lawyer. I have

registered on the Washington Health Benefit Exchange Marketplace and made an account so I can apply and purchase a plan right away. I have been waiting a long time for this access.

17. I am concerned that I will not be able to afford a plan through Cascade Care without the affordability credits because I am currently a student. If I cannot get the affordability credits, I would need to continue to put off my urgent health care needs even longer.

18. A preliminary injunction on the Final Rule would directly harm me because it would deny me the ability to access to affordable health care that I need. Without the Final Rule, I would continue to live in Washington and receive some limited access to healthcare through my school, but my concerns about my health and unexpected health expenses would directly impact my financial future after graduation, potentially coercing me to alter my life choices based on my limited access to health insurance.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2024

Respectfully submitted,

Dania Quezada Torres