UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| The State of KANSAS, *et al.*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>      *Defendants*. | CIVIL ACTION NO. 1:24-cv-00150-DMT-CRH<br><br>ORAL ARGUMENT REQUESTED |

## PROPOSED DEFENDANT-INTERVENORS' NOTICE OF MOTION TO TRANSFER

Please take notice that Proposed Defendant-Intervenors Claudia Moya Lopez, Hyun Kim, Dania Quezada Torres, and CASA, Inc., are moving this Court under 28 U.S.C. § 1406(a) to transfer this case to the U.S. District Court for the District of Columbia. As discussed in the Proposed Defendant-Intervenors' accompanying Memorandum of Law, this case should be transferred because Plaintiff State of North Dakota lacks Article III standing and therefore cannot provide a proper basis for venue under 28 U.S.C. § 1391(e). The interest of justice favors transferring this case to the U.S. District Court for the District of Columbia because, compared to dismissal, transfer will save the parties the time and expense of re-filing this case. Defendant-Intervenors request oral argument on the Motion to assist the Court's decision-making process.

Date: September 20, 2024                                    Respectfully submitted,

                                                      */s/ Matthew S. Rozen*

| | |
|---|---|
| Nicholas Espiritu (*pro hac vice forthcoming*) | Matthew S. Rozen |
| Gabrielle Lessard (*pro hac vice forthcoming*) | John Matthew Butler |
| Tanya Broder (*pro hac vice forthcoming*) | GIBSON, DUNN & CRUTCHER LLP |
| NATIONAL IMMIGRATION LAW CENTER | 1700 M Street, N.W., |
| 3450 Wilshire Blvd. | Washington, D.C. 20036 |
| Suite 108 – 62 | mrozen@gibsondunn.com |
| Los Angeles, CA 90010 | mbutler@gibsondunn.com |
| espiritu@nilc.org | Telephone: 202.955.8500 |
| lessard@nilc.org | Facsimile: 202.467.0539 |
| broder@nilc.org | |
| Telephone: 213.639.3900 | Betty X. Yang |
| Facsimile: 213.639.3911 | byang@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| Joanna E. Cuevas Ingram (*pro hac vice forthcoming*) | 2001 Ross Avenue Suite 2100 |
| Hilda Bonilla (*pro hac vice forthcoming*) | Dallas, Texas 75201 |
| NATIONAL IMMIGRATION LAW CENTER | Telephone: 214.698.3100 |
| P.O. Box 34573 | Facsimile: 214.571.2900 |
| Washington, DC 20043 | |
| cuevasingram@nilc.org | |
| bonilla@nilc.org | |
| Telephone: 202.216.0261 | |
| Facsimile: 202.216.0266 | |
| | *Attorneys for Proposed Defendant-Intervenors* |

ii

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024, a true and correct copy of the foregoing notice was served via electronic service on counsel for all parties.

                                                                                          /s/    *Matthew S. Rozen*
                                                                                         Matthew S. Rozen