# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Kansas, et al.<br>Plaintiffs<br><br>v.<br><br>United States of America, et al.<br>Defendants | **MOTION TO APPEAR<br>PRO HAC VICE**<br><br>Case No. 1:24-cv-00150-DMT-CRH |

Joanna Elise Cuevas Ingram, an attorney for the proposed Defendant-Intervenors, moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | NY Bar No. 5354386<br>CA Bar No. 290011<br>U.S. Supreme Court;<br>U.S. Court of Appeals, 2nd Circuit;<br>U.S. Court of Appeals, 9th Circuit;<br>Eastern District of NY - Federal Bar ID No. JC2704;<br>Southern District of NY - Federal Bar ID No. JC2704;<br>Northern District of CA |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None. |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 20 day of September, 2024 .

*/s/* Joanna Elise Cuevas Ingram

National Immigration Law Center
P.O. Box 34573
Washington, DC 20043