IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Kansas, et al. )<br>Plaintiffs )<br>)<br>)<br>v. )<br>)<br>United States of America, et al. )<br>Defendants )<br>)<br>)<br>) | **MOTION TO APPEAR<br>PRO HAC VICE**<br><br>Case No. 1:24-cv-00150-DMT-CRH |

Tanya Broder, an attorney for the proposed Defendant-Intervenors, moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | CA Bar No. 136141<br>U.S. Supreme Court;<br>Supreme Court of CA;<br>U.S. Court of Appeals, 2nd Circuit;<br>U.S. Court of Appeals, 4th Circuit;<br>U.S. Court of Appeals, 7th Circuit;<br>U.S. Court of Appeals, 9th Circuit;<br>U.S. Court of Appeals, 10th Circuit;<br>U.S. Court of Appeals, 11th Circuit;<br>Northern District of CA;<br>Central District of CA |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None. |

      I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

      Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

      Dated this  20 day of  September, 2024  .

                                                                        */s/*   Tanya Broder

National Immigration Law Center
3450 Wilshire Blvd. 108-62
Los Angles, CA 90010