AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

State of Kansas, et al. )
*Plaintiff* )
v. )   Case No.   1:24-cv-150-DMT-CRH
United States of America, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

States of New Jersey, CT, OR, VT, and other States to be identified in an amicus brief to be filed.

Date: 10/01/2024

/s/ Joshua P. Bohn
*Attorney's signature*

Joshua Bohn, NJ No. 164922015
*Printed name and bar number*

R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625
*Address*

Joshua.Bohn@law.njoag.gov
*E-mail address*

(609) 376-3377
*Telephone number*

(609) 633-7550
*FAX number*