IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Kansas, et al.<br>Plaintiffs<br><br>v.<br><br>United States of America, et al.<br>Defendants | **MOTION TO APPEAR<br>PRO HAC VICE**<br><br>Case No. 1:24-cv-00150-DMT-CRH |

Benjamin Seel, an attorney for ACS CAN, American Lung Association, Epilepsy Foundation of America, Leukemia & Lymphoma Society, and Muscular Dystrophy Association moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice. In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | D.C. Bar: No. 1035286<br>New York Bar: No. 5422829 (Resigned for non-disciplinary reasons, 2018. See Matter of Seel, 167 A.D.3d 1322, 88 N.Y.S.3d 360 (2018))<br>Washington State Bar: No. 61165<br>U.S Court of Appeals for the Second Circuit<br>U.S Court of Appeals for the Third Circuit<br>U.S Court of Appeals for the Fifth Circuit<br>U.S Court of Appeals for the Sixth Circuit<br>U.S Court of Appeals for the District of Columbia: No. 62153<br>U.S District Court for the District of Columbia: No. 1035286 |
|---|---|
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None. |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 2 day of October 2024.

/s/ *Benjamin Seel*

Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043