UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF KANSAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Civil Action No. 1:24-cv-150-DMT-CRH<br>Judge Daniel M. Traynor |

### NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Amicus States of New Jersey, California, Colorado, Connecticut, Delaware, District of Columbia, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Mexico, New York, Oregon, Rhode Island, Vermont, and Washington.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:     */s/ Joshua P. Bohn*
Joshua P. Bohn (NJ Bar No. 164922015)
Deputy Attorney General
Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080
(609) 376-3377
Joshua.Bohn@law.njoag.gov

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 9th day of October 2024.

/s/ Joshua P. Bohn