# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

State of Kansas, et al.

      Plaintiffs,

  v.                                    Case No. 1:24-cv-150

United States of America and the
Centers for Medicare & Medicaid Services,

      Defendants.

---

## Clerk's Minutes of Proceedings

| | |
|---|---|
| The Honorable Daniel M. Traynor | Date: October 15, 2024 |
| Bismarck, North Dakota | Time: 1:35 pm |
| Court Reporter: Ronda Colby | Recess: 3:05 pm |
| Proceeding: Motion Hearing re: | Clerk: Roxanne Muffenbier |
|     Plaintiffs' Motion for Stay (Doc. 63) | |
|     and | |
|     Plaintiffs' Motion Preliminary Injunction (Doc. 35) | |

Appearances:

**Attorneys for Plaintiffs**
Kris Kobach, Attorney General *(State of Kansas)*
Abhishek Kambli, Deputy Attorney General *(State of Kansas)*
Drew Wrigley, Attorney General *(State of North Dakota)*
Marty Jackley, Attorney General *(State of South Dakota)*
David Bryant, Jr., Senior Special Counsel *(State of Texas)*

**Attorney for Defendants**
Christopher Eiswerth, AUSA

Counsel note appearances.
Kris Kobach presents oral argument on behalf of Plaintiffs.
Drew Wrigley addresses the Court.
Christopher Eiswerth presents oral argument on behalf of Defendants
Kris Kobach presents rebuttal oral argument on behalf of Plaintiffs.
Court takes matter under advisement.
Court in recess.