IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Kansas et al., <br><br> Plaintiffs, <br><br> vs. <br><br> United States of America et al., <br><br> Defendants. | Case No. 1:24-cv-00150 |

### ORDER FOR SUPPLEMENTAL INFORMATION

[¶ 1]    THIS MATTER comes before the Court upon a Motion for Preliminary Injunction and Motion for Stay filed by the Plaintiffs on August 30, 2024. Doc. Nos. 35, 63. The United States of America and the Centers for Medicare & Medicaid Services ("Defendants") filed a Response on September 25, 2024. Doc. No. 61. Plaintiffs filed their Reply on October 9, 2024. Doc. No. 81. A hearing on the motion was held on October 15, 2024. Doc. No. 84.

[¶ 2]    At the hearing, the parties discussed providing the Court with additional information pertaining to the potential expansion of the Deferred Action for Childhood Arrivals ("DACA") program from a final rule promulgated by the Centers for Medicare & Medicaid Services ("CMS"). See 89 Fed. Reg. 39392 ("Final Rule"). As a result, the Court **ORDERS:**

  1. The Defendants shall provide the names and addresses of the 130 DACA recipients in the State of North Dakota only. This information is to be provided under seal and used only for the purposes of establishing venue. Specifically, North Dakota is to use this information to quantify its costs under the Final Rule. This information

1

must be provided to the Attorney General of North Dakota, Drew Wrigley, no later than October 29, 2024, at 5:00 p.m. central time.

2. North Dakota shall then provide the data and information relating to its direct and indirect costs to the Court by no later than November 12, 2024, at 5:00 p.m. central time.

[¶ 3]   **IT IS SO ORDERED.**

DATED October 15, 2024.

Daniel M. Traynor, District Judge
United States District Court