UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| The State of KANSAS, the State of NORTH DAKOTA, the State of ALABAMA, the State of ARKANSAS, the State of FLORIDA, the State of IDAHO, the State of INDIANA, the State of IOWA, the Commonwealth of KENTUCKY, the State of MISSOURI, the State of MONTANA, the State of NEBRASKA, the State of NEW HAMPSHIRE, the State of OHIO, the State of SOUTH CAROLINA, the State of SOUTH DAKOTA, the State of TENNESSEE, the State of TEXAS, and the Commonwealth of VIRGINIA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES, <br><br> Defendants. | CIVIL ACTION NO. 1:24-cv-00150-DMT-CRH |

**PROPOSED DEFENDANT-INTERVENORS' NOTICE OF PROPOSED MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION**

Pursuant to Federal Rule of Civil Procedure 24(c), Proposed Defendant-Intervenors Claudia Moya Lopez, Hyun Kim, Dania Quezada Torres, and CASA Inc. ("Proposed Intervenors") hereby submit the attach proposed filing, which Proposed Intervenors intend to file if this Court grants Proposed Intervenors' Motion to Intervene, ECF No. 49. The filing is a proposed Memorandum in Support of Defendants' Expedited Motion for Reconsideration of the Order for Supplemental Information, ECF No. 90. Proposed Intervenors respectfully request that the Court

to consider this Memorandum in deciding whether to grant Defendants' Motion for Reconsideration.[1]

| | |
|---|---|
| Date: October 25, 2024 | Respectfully submitted, |
| | /s/ Matthew S. Rozen |
| Nicholas Espiritu (*pro hac vice*) | Matthew S. Rozen (VA Bar No. 85871) |
| espiritu@nilc.org | John Matthew Butler (D.C. Bar No. 1721350) |
| Gabrielle Lessard (*pro hac vice*) | |
| Lessard@nilc.org | GIBSON, DUNN & CRUTCHER LLP |
| Tanya Broder (*pro hac vice*) | 1050 Connecticut Avenue, N.W., |
| broder@nilc.org | Washington, D.C. 20036 |
| NATIONAL IMMIGRATION LAW CENTER | mrozen@gibsondunn.com |
| | mbutler@gibsondunn.com |
| 3450 Wilshire Blvd., Suite 108 – 62 | Telephone: 202.955.8500 |
| Los Angeles, CA 90010 | |
| Telephone: 213.639.3900 | Betty X. Yang (TX Bar No. 24088690) |
| | byang@gibsondunn.com |
| Joanna E. Cuevas Ingram (*pro hac vice*) | GIBSON, DUNN & CRUTCHER LLP |
| cuevasingram@nilc.org | 2001 Ross Avenue Suite 2100 |
| Hilda Bonilla (*pro hac vice*) | Dallas, Texas 75201 |
| bonilla@nilc.org | Telephone: 214.698.3100 |
| NATIONAL IMMIGRATION LAW CENTER | |
| P.O. Box 34573 | |
| Washington, DC 20043 | |
| Telephone: 202.216.0261 | |
| | *Attorneys for Proposed Intervenors* |

---

[1] In the alternative, if the Court denies Proposed Intervenors' Motion to Intervene, Proposed Intervenors request that the Court accept the attached brief as an amicus curiae brief under North Dakota Civil Rule 7.1(G). Proposed Intervenors' Motion to Intervene states the Movants' interest, the reason why the *amicus curiae* brief is desirable, and why the matters are relevant to the disposition of the case. *See* ECF Nos. 49; 49-1.

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I filed the foregoing Notice of Proposed Opposition using the Court's CM/ECF system, which will send a notice of the filing to counsel for all parties.

/s/  *Matthew S. Rozen*
Matthew S. Rozen