UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| **STATE OF KANSAS, STATE OF NORTH DAKOTA,** *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED STATES OF AMERICA,** *et al.*,<br><br>*Defendants*. | Case No. 24-cv-150-DMT-CRH |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Federal Rules of Civil Procedure 5.2 and 26(c) and 5 U.S.C. § 552a(b)(11), the parties respectfully request that the Court enter an Order approving the attached proposed Stipulated Protective Order to govern the use and disclosure of the DACA recipients' names and addresses that the Court has ordered Defendants to produce. *See* ECF Nos. 87, 98.

Good cause exists for the entry of the Stipulated Protective Order. The DACA recipients' names and addresses constitute personally identifiable information and are protected by the Privacy Act of 1974, 5 U.S.C. § 552a. In ordering disclosure of the DACA recipients' names and addresses, the Court recognized the privacy interests at stake and directed that the "information [wa]s to be provided under seal" to North Dakota and that it was to be "used only for the purposes of establishing venue." ECF No. 87 ¶ 2.1; *see also* ECF No. 98 ¶ 4 (directing parties to work together on a protective order). The Stipulated Protective Order details the parties' obligations to comply with that directive, and it will serve the interests of justice and minimize the necessity for judicial intervention.

Accordingly, the parties respectfully request that the Court enter the attached proposed Stipulated Protective Order under Rule 26(c), which authorizes the Court to enter an order

1

requiring the parties to preserve the confidentiality of information produced in discovery and restricting the use of such information to purposes directly related to this litigation.

**Certification pursuant Local Civil Rule 37.1(A):** The parties hereby certify that they conferred in good faith prior to filing this motion and are in agreement concerning the appropriateness of a Protective Order in this case.

Dated: October 28, 2024

| | |
|---|---|
| DREW H. WRIGLEY<br>North Dakota Attorney General<br><br>/s/ *Philip Axt*<br>Philip Axt<br>Solicitor General<br>Office of Attorney General<br>600 E. Boulevard Ave Dept. 125<br>Bismarck, North Dakota 58505<br>Phone: (701) 328-2210<br>Email: pjaxt@nd.gov<br><br>*Counsel for the State of North Dakota* | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ERIC B. BECKENHAUER<br>Assistant Branch Director<br>Federal Programs Branch<br><br>/s/ *Christopher A. Eiswerth*<br>Christopher A. Eiswerth (D.C. Bar 1029490)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 305-0568<br>Email: christopher.a.eiswerth@usdoj.gov<br><br>*Counsel for Defendants* |