UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

**STATE OF KANSAS,** *et al.,*

    *Plaintiffs,*

v.

**UNITED STATES OF AMERICA,** *et al.,*

    *Defendants.*

Case No. 1:24-cv-00150-DMT-CRH

**DEFENDANTS' NOTICE OF FORTHCOMING RESPONSE**

  Plaintiffs filed a Motion for a Temporary Restraining Order, *see* ECF No. 105, on Friday, November 1, 2024, at 2:16 p.m. Central Time, without first conferring with Defendants. Plaintiffs' TRO motion belatedly seeks to preserve the status quo pending resolution of their motion for a preliminary injunction or stay, even though the Final Rule they challenge has already taken effect. *See* 89 Fed. Reg. 39,392, 39,392 (May 8, 2024) ("These regulations are effective on November 1, 2024."). Defendants respectfully notify the Court that they intend to file an opposition to Plaintiffs' TRO motion today, November 1, 2024.

Dated: November 1, 2024		Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director
Federal Programs Branch

*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth (D.C. Bar No. 1029490)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0568
Email: christopher.a.eiswerth@usdoj.gov

*Counsel for Defendants*