UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| The State of KANSAS, the State of NORTH DAKOTA, the State of ALABAMA, the State of ARKANSAS, the State of FLORIDA, the State of IDAHO, the State of INDIANA, the State of IOWA, the Commonwealth of KENTUCKY, the State of MISSOURI, the State of MONTANA, the State of NEBRASKA, the State of NEW HAMPSHIRE, the State of OHIO, the State of SOUTH CAROLINA, the State of SOUTH DAKOTA, the State of TENNESSEE, the State of TEXAS, and the Commonwealth of VIRGINIA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES, <br><br> Defendants. | CIVIL ACTION NO. 1:24-cv-00150-DMT-CRH |

**PROPOSED DEFENDANT-INTERVENORS' NOTICE OF PROPOSED OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 24(c), Proposed Defendant-Intervenors Claudia Moya Lopez, Hyun Kim, Dania Quezada Torres, and CASA Inc. ("Proposed Intervenors") hereby submit the attach proposed filing, which Proposed Intervenors intend to file if this Court grants Proposed Intervenors' Motion to Intervene, ECF No. 49. The filing is a proposed Opposition to Plaintiffs' Motion for a Temporary Restraining Order, ECF No. 105. If the Court grants Proposed Intervenors' Motion to Intervene, Proposed Intervenors respectfully request that

the Court consider this brief in deciding whether to grant Plaintiffs' request for preliminary relief.[1]

Date: November 5, 2024

Respectfully submitted,

/s/  Matthew S. Rozen

Nicholas Espiritu (*pro hac vice*)
espiritu@nilc.org
Gabrielle Lessard (*pro hac vice*)
Lessard@nilc.org
Tanya Broder (*pro hac vice*)
broder@nilc.org
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd.
Suite 108 – 62
Los Angeles, CA 90010
Telephone: 213.639.3900
Facsimile: 213.639.3911

Joanna E. Cuevas Ingram (*pro hac vice*)
cuevasingram@nilc.org
Hilda Bonilla (*pro hac vice*)
bonilla@nilc.org
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, DC 20043
Telephone: 202.216.0261
Facsimile: 202.216.0266

Matthew S. Rozen (VA Bar No. 85871)
John Matthew Butler (D.C. Bar No. 1721350)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.,
Washington, D.C. 20036
mrozen@gibsondunn.com
mbutler@gibsondunn.com
Telephone: 202.955.8500
Facsimile: 202.467.0539

Betty X. Yang (TX Bar No. 24088690)
byang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, Texas 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

*Attorneys for Proposed Intervenors*

---

[1] In the alternative, if the Court denies Proposed Intervenors' Motion to Intervene, Proposed Intervenors request that the Court accept the attached brief as an *amicus curiae* brief under North Dakota Civil Rule 7.1(G).  Proposed Intervenors' Motion to Intervene states the Movants' interest, the reason why the *amicus curiae* brief is desirable, and why the matters are relevant to the disposition of the case.  *See* ECF Nos. 49; 49-1.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2024, I filed the foregoing Notice of Proposed Opposition using the Court's CM/ECF system, which will send a notice of the filing to counsel for all parties.

                                                  /s/  *Matthew S. Rozen*
                                                     Matthew S. Rozen