# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| The State of KANSAS, the State of NORTH DAKOTA, the State of ALABAMA, the State of IDAHO, the State of INDIANA, the State of IOWA, the State of MISSOURI, the State of MONTANA, the State of NEBRASKA, the State of NEW HAMPSHIRE, the State of North Dakota, the State of SOUTH CAROLINA, the State of SOUTH DAKOTA, the State of TENNESSEE, the State of VIRGINIA<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 1:24-cv-00150-DMT-CRH |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR THE STATE OF TENNESSEE

Under General Rule 1.3(f)(1), Plaintiff State of Tennessee, through the undersigned, hereby notifies the Court that Whitney Hermandorfer will be substituting for Brian Daniel Mounce as counsel of record for the State of Tennessee in this matter. Whitney Hermandorfer is a member of the bar of this Court and serves within the same governmental agency as current counsel of record Brian Daniel Mounce.

Respectfully Submitted,

JONATHAN SKRMETTI
TENNESSEE ATTORNEY GENERAL

/s/ *Whitney D. Hermandorfer*
WHITNEY D. HERMANDORFER
Director of Strategic Litigation
Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Whitney.Hermandorfer@ag.tn.gov

/s/ *Brian Daniel Mounce*
BRIAN DANIEL MOUNCE
Strategic Litigation Counsel &
Assistant Solicitor General
Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1400
Brian.Mounce@ag.tn.gov

## CERTIFICATE OF SERVICE

I, Whitney D. Hermandorfer, certify that on November 19, 2024, a true copy of the foregoing was forwarded to all counsel of record via the Court's electronic filing system.

*s/ Whitney D. Hermandorfer*
WHITNEY D. HERMANDORFER