IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| STATE OF KANSAS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES, | ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 1:24-cv-00150-DMT-CRH

## MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE THAT** counsel for the proposed Defendant-Intervenors hereby moves the Court, pursuant to Local Rule 1.3, to allow Gabrielle Lessard to withdraw her appearance as counsel of record for the proposed Defendant-Intervenors in the above-captioned matter. The proposed Defendant-Intervenors are ably represented in this matter by other counsel, and thus granting this motion will not unduly delay this case, prejudice any party or be contrary to the interests of justice.

**WHEREFORE**, the undersigned counsel respectfully requests this Honorable Court grant the motion to withdraw.

December 5, 2024

Respectfully submitted,

/s/ Gabrielle Lessard
Gabrielle Lessard
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. 108-62
Los Angeles, CA 90010
213-639-3900
lessard@nilc.org

*Counsel for Proposed Defendant-Intervenors*