# U. S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No. 1:24-cv-150

State of Kansas, et al. v. United States of America, et al.

Length of trial:

Financial Status:
- Fee Paid? ☐ Yes ☑ No
- If **NO**, has IFP been granted? ☐ Yes ☑ No
- Is there a pending motion for IFP? ☐ Yes ☑ No

Are there any other pending post-judgment motions? ☐ Yes ☑ No

Please identify the court reporter: ☐ No hearings held

Name: Ronda Colby

Address: PO Box 1193, Bismarck, ND 58502

Telephone Number: 701-530-2300

Criminal cases only:
Is the defendant incarcerated? ☐ Yes (include address below)   No ☐

Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**

Filing fee waived - Appeal filed by USA