# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| The State of KANSAS, State of NORTH DAKOTA *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES of AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>　　　　　　　Defendants. | Civil Action No. 1:24-cv-00150-DMT-CRH |

### NOTICE OF INTENT TO FILE OPPOSITION TO DEFENDANTS' MOTION TO STAY

On December 11, 2024, Defendants filed a Motion to Stay Preliminary Injunction and Request for Expedited Ruling. (ECF 119). In light of Defendants' request for an expedited ruling, Plaintiffs file this Notice of Intent to inform the Court that Plaintiffs plan to file a response in opposition to Defendants' motion later today.

Respectfully submitted this 12th day of December, 2024,

　　　　　　　　　　　　　　　　　　KRIS W. KOBACH
　　　　　　　　　　　　　　　　　　**Attorney General of Kansas**

　　　　　　　　　　　　　　　　　　*/s/ James Rodriguez*
　　　　　　　　　　　　　　　　　　James R. Rodriguez, Kan. SC No. 29172
　　　　　　　　　　　　　　　　　　*Assistant Attorney General*
　　　　　　　　　　　　　　　　　　Abhishek S. Kambli, Kan. SC No. 29788
　　　　　　　　　　　　　　　　　　*Deputy Attorney General*
　　　　　　　　　　　　　　　　　　Kansas Office of the Attorney General
　　　　　　　　　　　　　　　　　　Topeka, Kansas 66612-1597
　　　　　　　　　　　　　　　　　　Phone: (785) 368-8197
　　　　　　　　　　　　　　　　　　Email: jay.rodriguez@ag.ks.gov
　　　　　　　　　　　　　　　　　　abhishek.kambli@ag.ks.gov
　　　　　　　　　　　　　　　　　　*Counsel for the State of Kansas*