UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| The State of KANSAS, the State of NORTH DAKOTA, the State of ALABAMA, the State of ARKANSAS, the State of FLORIDA, the State of IDAHO, the State of INDIANA, the State of IOWA, the Commonwealth of KENTUCKY, the State of MISSOURI, the State of MONTANA, the State of NEBRASKA, the State of NEW HAMPSHIRE, the State of OHIO, the State of SOUTH CAROLINA, the State of SOUTH DAKOTA, the State of TENNESSEE, the State of TEXAS, and the Commonwealth of VIRGINIA, <br><br>    Plaintiffs, <br><br> v. <br><br>UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES, <br><br>    Defendants. | CIVIL ACTION NO. 1:24-cv-00150-DMT-CRH |

**PROPOSED DEFENDANT-INTERVENORS' NOTICE OF APPEAL**

Pursuant to 28 U.S.C. §§ 1291 and 1292(a)(1), Proposed Defendant-Intervenors Claudia Moya Lopez, Hyun Kim, Dania Quezada Torres, and CASA Inc. ("Proposed Intervenors") hereby appeal to the United States Court of Appeals for the Eighth Circuit from: (1) the Court's December 9, 2024 order, ECF No. 117, granting Plaintiffs' Motions for Preliminary Injunction and Stay (ECF No. 35); denying Defendants' Motions to Dismiss (ECF No. 108); effectively denying Proposed Intervenors' Motion to Intervene (ECF No. 49) to the extent that motion sought leave to intervene for purposes of participating in briefing and argument on Plaintiffs' Motion for Preliminary Injunction and Stay; and effectively denying Proposed Intervenors' Motion to Transfer (ECF No. 50); and (2) all prior interlocutory orders incorporated therein. *See Toronto-Dominion Bank v.*

*Cent. Nat'l Bank & Tr. Co.*, 753 F.2d 66, 68 n.5 (8th Cir. 1985) ("Denial of a pending motion may be implied from the entry of … any order inconsistent with the granting of the motion."). Proposed Intervenors file this notice of appeal, alternatively: (1) in their capacity as proposed intervenors; (2) as a "protective notice of appeal . . . to become effective if the [effective] denial of intervention is reversed," *Mausolf v. Babbitt*, 125 F.3d 661, 666 (8th Cir. 1997); and (3) as "non-part[ies]" that "ha[ve] standing to appeal" because they or their members are "bound or adversely affected by" the "injunction" and stay from which this appeal it taken, *United States v. Yielding*, 657 F.3d 722, 726 n.2 (8th Cir. 2011).

Date: December 12, 2024											Respectfully submitted,

												/s/  *Matthew S. Rozen*

Nicholas Espiritu (*pro hac vice*)						Matthew S. Rozen (VA Bar No. 85871)
espiritu@nilc.org												John Matthew Butler (D.C. Bar No. 1721350)
Tanya Broder (*pro hac vice*)
broder@nilc.org												GIBSON, DUNN & CRUTCHER LLP
NATIONAL IMMIGRATION LAW CENTER					1050 Connecticut Avenue, N.W.,
													Washington, D.C. 20036
3450 Wilshire Blvd.											mrozen@gibsondunn.com
Suite 108 – 62												mbutler@gibsondunn.com
Los Angeles, CA 90010										Telephone: 202.955.8500
Telephone: 213.639.3900									Facsimile: 202.467.0539
Facsimile: 213.639.3911

													Betty X. Yang (TX Bar No. 24088690)
Joanna E. Cuevas Ingram (*pro hac vice*)			byang@gibsondunn.com
cuevasingram@nilc.org										GIBSON, DUNN & CRUTCHER LLP
Hilda Bonilla (*pro hac vice*)							2001 Ross Avenue Suite 2100
bonilla@nilc.org												Dallas, TX 75201
NATIONAL IMMIGRATION LAW CENTER					Telephone: 214.698.3100
													Facsimile: 214.571.2900
P.O. Box 34573
Washington, DC 20043
Telephone: 202.216.0261
Facsimile: 202.216.0266


													*Attorneys for Proposed Intervenors*

iii

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2024, I filed the foregoing Notice of Appeal using the Court's CM/ECF system, which will send a notice of the filing to counsel for all parties.

                                              /s/ *Matthew S. Rozen*  
                                                Matthew S. Rozen