U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No.  1:24-cv-150

State of Kansas, et al. v. United States of America, et al.

Length of trial:  None

Financial Status:
- Fee Paid? ✓ Yes ☐ No
- If **NO**, has IFP been granted? ☐ Yes ☐ No
- Is there a pending motion for IFP? ☐ Yes ✓ No

Are there any other pending post-judgment motions? ☐ Yes ✓ No

Please identify the court reporter:  ☐ No hearings held

　Name:  Ronda Colby

　Address:  PO Box 1193, Bismarck, ND 58502

　Telephone Number:  701-530-2300

Criminal cases only:
　Is the defendant incarcerated?  ☐ Yes (include address below)    No ☐

　Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**