# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| The State of KANSAS, State of NORTH DAKOTA *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES of AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:24-cv-00150-DMT-CRH |

## MOTION FOR CLARIFICATION OF COURT'S STAY ORDER

　　On August 30, 2024, Plaintiffs moved for a preliminary injunction and a stay of Defendants' Final Rule. *See* ECF 35. On December 9, this Court issued an Order granting Plaintiffs' motion for a preliminary injunction and a stay. ECF 117 at 16-17. In its Order, the Court explained that the preliminary injunction meant that Defendants are "enjoined from enforcing the Final Rule against the 19 Plaintiff States." *Id.* at 18.

　　But the Order did not elaborate on the effect of the stay and did not directly state that it applied beyond the 19 Plaintiff States. A stay under 5 U.S.C. § 705 ordinarily operates on the agency action itself and not the parties. *See* ECF 81 at 15.

　　In order to determine whether a cross-appeal is necessary, Plaintiffs respectfully move for a clarification of the Order.

Submitted this 30th day of December, 2024,

        KRIS W. KOBACH
        **Attorney General of Kansas**

        */s/ James Rodriguez*
        James R. Rodriguez, Kan. SC No. 29172
        *Assistant Attorney General*
        Abhishek S. Kambli, Kan. SC No. 29788
        *Deputy Attorney General*
        Kansas Office of the Attorney General
        Topeka, Kansas 66612-1597
        Phone: (785) 368-8197
        Email: jay.rodriguez@ag.ks.gov
        abhishek.kambli@ag.ks.gov
        *Counsel for the State of Kansas*