UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

STATE OF KANSAS, *et al.*,

      *Plaintiffs*,

v.

UNITED STATES OF AMERICA, *et al.*,

      *Defendants.*

Case No. 1:24-cv-00150-DMT-CRH

**NOTICE OF INTENT TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR CLARIFICATION**

At approximately 2:20 p.m. Central Time, on December 30, Plaintiffs filed a motion for clarification regarding the Court's December 9 order. *See* ECF No. 134. Defendants intend to file a response to this motion tomorrow, December 31, by 5:00 p.m. Central Time.

Dated: December 30, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director
Federal Programs Branch

*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth (D.C. Bar No. 1029490)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0568
Email: christopher.a.eiswerth@usdoj.gov

*Counsel for Defendants*