UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF KANSAS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>    Defendants. | No. 1:24-cv-00150-DMT-CRH |

**Motion to Withdraw as Counsel**

Nicholas J. Bronni, counsel for Plaintiff State of Arkansas, respectfully moves to withdraw as an attorney of record in this matter. Mr. Bronni will be leaving the employment of the Office of the Arkansas Attorney General effective December 31, 2024, to begin service as an Associate Justice of the Arkansas Supreme Court. Plaintiff will continue to be represented by the other counsel of record from the Office of the Arkansas Attorney General.

Dated: December 31, 2024

Respectfully Submitted,

TIM GRIFFIN
  *Arkansas Attorney General*

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni
  *Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

1

**CERTIFICATE OF SERVICE**

I certify that on December 31, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni