UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF KANSAS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:24-cv-150-DMT-CRH<br>Judge Daniel M. Traynor |

**TABLE OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Declaration of John Gary Huck |
| 2 | Declaration of Kaitlan Baston |
| 3 | Declaration of Justin Zimmerman |
| 4 | Declaration of Doug McKeever |
| 5 | Declaration of Sarah Adelman |
| 6 | Declaration of Maureen Sharp |
| 7 | Declaration of Morgan Winters |
| 8 | Declaration of Trinidad Navarro |
| 9 | June 23, 2023 Comment Letter to U.S. Department of Health and Human Services |
| 10 | Declaration of Elizabeth Caulum |
| 11 | Proposed Answer |

        Respectfully submitted,

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

By:    */s/ Joshua P. Bohn*
        Joshua P. Bohn (NJ Bar No. 164922015)
        Deputy Attorney General
        Office of the New Jersey Attorney General
        R.J. Hughes Justice Complex
        25 Market Street, P.O. Box 080
        Trenton, NJ 08625-0080
        (609) 376-3377
        Joshua.Bohn@law.njoag.gov

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 15th day of January 2025.

                                          */s/ Joshua P. Bohn*
                                          Joshua P. Bohn
                                          Deputy Attorney General