# EXHIBIT 1

# Declaration of John Gary Huck

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## WESTERN DIVISION

| | |
|---|---|
| STATE OF KANSAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Civil Action No. 1:24-cv-150-DMT-CRH <br> Judge Daniel M. Traynor |

## **DECLARATION OF JOHN GARY HUCK**

I, John Gary Huck, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am the Chief Financial Officer of University Hospital, a position I have held since 2020. As Chief Financial Officer, I am responsible for overseeing the financial health of University Hospital. Prior to holding this position, I held the position of Interim Chief Financial Officer of the hospital. Prior to holding that position, I was the Director of Managed Care and Reimbursement of the hospital for approximately 18 years.

2. I submit this Declaration in support of the Final Rule, 89 Fed. Reg. 39,392, issued by the U.S. Department of Health and Human Services and Center for Medicaid Services permitting Deferred Action Childhood Arrivals ("DACA") recipients to enroll in a qualifying health plan through an exchange pursuant to the Affordable Care Act ("ACA"). I have compiled the information in the statements set forth below through University Hospital personnel who have assisted me in gathering this information from our hospital. I have also familiarized myself

with the Final Rule in order to understand its immediate impact on University Hospital. The Final Rule benefits the State and New Jersey residents.

3. University Hospital is New Jersey's only public hospital. Located at 150 Bergen Street, Newark, New Jersey 07103, University Hospital is an independent and state-owned teaching hospital. It is certified by the American College of Surgeons and is a state-designated Level 1 Trauma Center.

4. University Hospital is an acute care hospital, specializing in active but short-term treatments for severe injuries, episodes of illness, urgent medical conditions, and recovery from surgery, as opposed to longer-term and chronic care. University Hospital is the only state-owned acute care hospital in New Jersey.

5. As an instrumentality of the State of New Jersey, University Hospital sometimes treats uninsured patients and/or patients that cannot afford the full cost of urgent and/or acute care treatments, services, and procedures.

6. In some cases, the State subsidizes some of these costs to hospitals like University Hospital through its Charity Care program. This program is only available for patients receiving inpatient and outpatient services at acute care hospitals.

7. Although the State subsidizes some of these costs, it does not fully cover the cost to acute care hospitals of providing care to uninsured individuals who cannot afford to pay out of pocket for that care.

8. For example, University Hospital provided care to approximately 42,000 uninsured individuals in FY 2022, at cost to the hospital of approximately $116,000,000.00. Of this amount, approximately $63,000,000.00 was reimbursed by Charity Care, leaving approximately $53,000,000.00 in unreimbursed costs.

9. University Hospital provided care to approximately 46,000 uninsured individuals in FY 2023, at a cost to the hospital of approximately $121,000,000. Of this amount, approximately $63,000,000.00 was reimbursed by Charity Care, leaving approximately $58,000,000.00 in unreimbursed costs.

10. University Hospital provides care to patients without regard to immigration status.

11. More uninsured individuals receiving treatment at University Hospital who cannot afford to pay for their care translates to higher costs to the Hospital, and, ultimately, to the State.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this _13_ day of January, 2025, in _Newark, New Jersey_.

_____
John Gary Huck, Chief Financial Officer
University Hospital