# EXHIBIT 7
# Declaration of Morgan Winters

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF KANSAS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:24-cv-150-DMT-CRH<br>Judge Daniel M. Traynor |

## DECLARATION OF MORGAN WINTERS

I, Morgan Winters, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am the Acting Marketplace Director of the Illinois Health Benefits Exchange at the Illinois Department of Insurance ("IDOI") located in Chicago, Illinois. I have been employed as Marketplace Director since March 25, 2024.

2. Prior to joining IDOI, I was with MNsure, the state of Minnesota's Health Benefits Exchange, for over a decade, where I served in various roles, most recently as MNsure's Chief Operating Officer.

3. My educational background includes a Master's Degree in Public Policy from the Humphrey School of Public Affairs at the University of Minnesota.

4. I submit this Declaration in support of the Final Rule, 89 Fed. Reg. 39,392, issued by the U.S. Department of Health and Human Services and Centers for Medicare and Medicaid Services permitting Deferred Action Childhood Arrivals ("DACA") recipients to enroll in a qualified

1

health plan through an exchange pursuant to the Affordable Care Act ("ACA"). I have compiled the information in the statements set forth below through personal knowledge and through IDOI personnel who have assisted me in gathering this information. I have also familiarized myself with the Final Rule in order to understand its immediate impact on IDOI and the State of Illinois.

<u>Illinois Demographic Data</u>

5. Illinois has an estimated population of 12,710,158 individuals, as of July 1, 2024.

6. Per the United States Citizenship and Immigration Services, as of September 30, 2023, there were 28,610 active DACA recipients in the State of Illinois (available at https://www.uscis.gov/sites/default/files/document/data/active_daca_recipients_fy23_q4.pdf, p.5).

<u>Background about Illinois Department of Insurance</u>

7. IDOI operates the Illinois Health Benefits Exchange. IDOI also administers and enforces insurance-related laws and public pension laws in the State of Illinois.

8. Illinois currently operates the Illinois Health Benefits Exchange as a State-based Exchange on the Federal Platform.

9. As an insurance regulator, IDOI conducts investigations, regulatory examinations, administrative hearings, complaints' reviews, and reviews of regulatory filings to ensure that regulated persons and businesses transacting insurance-related business in Illinois comply with applicable financial solvency standards, licensure requirements, and standards of market conduct toward applicants, policyholders, and beneficiaries of insurance and insurance-related products. IDOI has jurisdiction over health insurance lines of business in the State, as well as property, casualty, and life and annuities insurance lines of business.

10. As the operator of the Illinois Health Benefits Exchange, IDOI facilitates the offering of qualified health plans through a platform that allows qualified individuals in Illinois to compare plans from different health insurance issuers in a standardized, consumer-friendly format, to directly enroll in qualified health plans that are subject to enhanced standards of coverage, to apply for federal premium tax credits and cost-sharing reductions based on household income and other factors, to automatically receive eligibility determinations for Medicaid based on information provided in an application, and to receive consumer assistance in their local communities from trained personnel who are certified by the exchange. IDOI ensures that its exchange meets operational requirements under the ACA, which are enforced by the U.S. Department of Health and Human Services. Qualified health plans are offered through the Illinois Health Benefits Exchange in every county of the State.

11. The Illinois Health Benefits Exchange enables residents who are uninsured and underinsured to access affordable coverage to protect their health. Health plans offered through the Illinois Health Benefits Exchange cover a variety of services including preventative services, emergency services, prescription drugs, and prenatal and pediatric care. No one can be denied coverage due to a pre-existing condition.

12. 398,814 Illinois residents signed up for a 2024 qualified health plan through the exchange in Illinois during the open enrollment period from November 1, 2023 through January 15, 2024.

13. As of January 10, 2025, IDOI estimates that 449,553 Illinois residents have signed up for a 2025 qualified health plan through the Illinois Health Benefits Exchange since November 1, 2024.

14. Illinois intends to transition to a fully State-based Exchange beginning with Plan Year 2026.

15. Because the new definition of "lawfully present" allows DACA recipients to be "qualified individuals" under the Final Rule, 89 Fed. Reg. 39,392, IDOI has a responsibility to ensure that DACA recipients have access to the full range of protections and benefits available to qualified individuals under the ACA, including enrollment in qualified health plans and access to federal tax credits and cost-sharing reductions when eligible.

Compliance with Final Rule

16. IDOI spent approximately $10,000 to ensure compliance with the Final Rule. This included, but was not limited to, direct outreach by our marketing vendor to inform DACA recipients of the Final rule and their eligibility for ACA health insurance, including advertising and updating IDOI's website. This amount also includes money IDOI spent in support of educational and enrollment outreach events such as webinars and educational materials conducted by the Get Covered Illinois Navigator Network to inform residents of the impacts of the Final Rule.

17. IDOI also used its limited resources to amend its State administrative rules governing the health insurance exchange to accurately reflect the Final Rule.

18. Beginning with the January 2025 benefit month, IDOI will receive exchange user fees, the amount of which is based on applying a set rate, 0.5%, to the monthly premiums charged by health insurance issuers for every policy issued under qualified health plans, to the extent the enrollment is through the Illinois exchange. 215 ILCS 122/5-21(a). The fees will directly fund IDOI's operation of the Illinois Health Benefits Exchange.

19. Separately, health insurance issuers in the State of Illinois must pay an annual privilege tax, the amount of which is based on a set rate, 0.4%, applied to the amount of insurance premiums written by the issuer. 215 ILCS 5/409.

20. If the Final Rule were vacated and DACA recipients became ineligible to enroll in health insurance via the Illinois Health Benefits Exchange, IDOI would lose potential tax and user fee revenue necessary to fund its forthcoming State-based Exchange.

21. Additionally, IDOI would have to revise its website, marketing materials, and any other documents and materials to explain the consequences of vacatur to consumers, promulgate new guidance for third parties assisting consumers in obtaining insurance, and expend resources to reverse State administrative rules implementing the Final Rule.

22. IDOI also would experience the opportunity cost of devoting development hours to rolling back existing functionality instead of developing new functionality to better support State residents.

23. <u>Impact of Final Rule on Public Health</u>

24. The Final Rule will likely benefit Illinois, beyond just from the benefits received by its DACA recipients, by introducing a pool of young, healthy individuals to the State's individual health insurance market. A health insurance risk pool is a group of individuals whose medical costs are combined to calculate premiums. Pooling risks together allows the higher costs of the less healthy to be offset by the relatively lower costs of healthier individuals. Because the largest component of health insurance premiums is the medical spending paid on behalf of enrollees, premiums reflect the expected health care costs of the risk pool. Therefore, when risk pools become healthier, the entire market benefits.

25. The Final Rule states that there is a slight positive effect on the exchange risk pools by the introduction of DACA recipients to the individual market, because DACA recipients represent a pool of relatively young, healthy adults who are younger than the general exchange population. *See* 89 Fed. Reg. 39,396.

5

26. The Final Rule benefits Illinois by allowing more Illinois residents to access health insurance on the exchange, thereby reducing the number of uninsured individuals in the State. Increased access to health insurance improves public health and results in financial benefits for insured individuals.

27. Uninsured individuals who lack access to affordable, adequate health insurance are less likely to seek preventive care or attend routine health screenings, and may further delay necessary medical care due to prohibitive costs.

28. With increased access to affordable, adequate health insurance via the exchange, DACA recipients are more likely to detect emerging health conditions early through routine screenings, seek lower-cost preventive care, and avoid high-cost emergency room visits, thereby reducing the financial strain of costly medical bills.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of January, 2025 in Chicago, Illinois.

_____
Morgan Winters
Marketplace Director
Illinois Department of Insurance
115 S. LaSalle St., Fl. 13
Chicago, Illinois 60603