# EXHIBIT 10

# Declaration of Elizabeth Caulum

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

STATE OF KANSAS, *et al.*,

        Plaintiffs,

vs.

UNITED STATES OF AMERICA, *et al.*,

        Defendants.

Case No. 24-cv-150-DMT-CRH

**DECLARATION OF ELIZABETH CAULUM**

I, declare under penalty of perjury that the foregoing is true and correct:

1.    I am the chief executive officer of MNsure, Minnesota's health insurance marketplace established pursuant to the Patient Protection and Affordable Care Act ("ACA"), 42 U.S.C. § 18051 *et seq.* and Minnesota law, Minnesota Statutes, chapter 62V. I have held this position since May 3, 2023. Before that I served as both MNsure's interim CEO and senior director for public affairs.

2.    MNsure is Minnesota's health insurance marketplace where individuals and families can shop, compare, and choose health insurance coverage that meets their needs. Individuals can apply for financial help to lower the cost of their monthly insurance premiums and out-of-pocket costs through MNsure. MNsure also offers low-cost and free health insurance options provided through government-sponsored health insurance programs, Medical Assistance and MinnesotaCare, which are managed through the Minnesota Department of Human Services, to individuals who qualify. MNsure has a statutory premium withhold (PWH) that is 3.5% of the premium. See Minn. Stat. § 62V.05, subd. 2. For Fiscal Year 2024, MNsure's entire PWH was approximately $25,418,000.

3. According to a recent visit to the United States Citizenship and Immigration Services (USCIS)'s website, as of September 30, 2024, there are 4,330 Deferred Action for Childhood Arrivals ("DACA") recipients residing in the State of Minnesota.[1]

4. As of the date of this declaration, there are fewer than 10 DACA recipients enrolled through MNsure.

**I declare under penalty of perjury under the law that the foregoing is true and correct.**

DATED: January 14, 2025

Elizabeth Caulum
MNsure CEO

---

[1] U.S. Citizenship and Immigration Services, *Active DACA Recipients – (Fiscal Year 2024, Quarter 4)*, available at https://www.uscis.gov/tools/reports-and-studies/immigration-and-citizenship-data (last visited January 13, 2025).

2