IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Kansas, et al., | |
| Plaintiffs, | |
| vs. | Case No. 1:24-cv-00150 |
| United States of America, et al, | |
| Defendants. | |

### ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

[¶ 1]   THIS MATTER comes before the Court upon a Joint Motion to Stay Proceedings filed by the parties on January 14, 2025. Doc. No. 139. The parties move to stay further proceedings pending Defendants' appeal of the Court's December 9 order granting a preliminary injunction and stay of the Final Rule. See Kansas v. United States, No. 24-3521 (8th Cir.). In support of the motion, the parties claim there is an expedited briefing schedule before the Eighth Circuit regarding jurisdictional questions in this case. Id. at 2. Resolution of those questions may significantly impact the pendency of this case including whether the case may proceed in this district. Id.

[¶ 2]   Upon review of the record, the Court **GRANTS** the parties' Joint Motion to Stay Proceedings (Doc. No. 139). Further proceedings in this case are **STAYED** pending resolution of the Defendants' appeal at the Eighth Circuit Court of Appeals. The Court makes clear the relief granted in its prior order (Doc. No. 117), as clarified in Doc. No. 142, remains in full effect pending review. The parties shall file a joint status report concerning further proceedings within fourteen (14) days of the Eighth Circuit issuing its mandate in this case.

- 2 -

[¶ 3]   **IT IS SO ORDERED**.

DATED January 15, 2025.

Daniel M. Traynor, District Judge
United States District Court