UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 24-3532

_____

State of Kansas; State of North Dakota; State of Alabama; State of Idaho; State of Indiana; State of Iowa; State of Missouri; State of Montana; State of Nebraska; State of New Hampshire; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; Commonwealth of Virginia; Commonwealth of Kentucky; State of Texas; State of Florida; State of Arkansas

Plaintiffs - Appellees

v.

United States of America; Centers for Medicare & Medicaid Services

Defendants

Claudia Moya Lopez; Dania Quezada Torres; Hyun Kim; CASA

Movants - Appellants

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:24-cv-00150-DMT)

---

**JUDGMENT**

The parties have filed a joint stipulation for dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 16, 2025

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Maureen W. Gornik