# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3532

State of Kansas, et al.

Appellees

v.

United States of America and Centers for Medicare & Medicaid Services

Claudia Moya Lopez, et al.

Appellants

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:24-cv-00150-DMT)

---

## MANDATE

In accordance with the judgment of January 16, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 16, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit