# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| The State of KANSAS, State of NORTH DAKOTA *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES of AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>                    Defendants. | Civil Action No. 1:24-cv-00150-DMT-CRH |

## NOTICE OF PLAINTIFFS' INTENT TO RESPOND

On December 9, 2024, the Court issued an order preliminarily enjoining Defendants' Final Rule. ECF 117. On December 11, Defendants appealed the Order to the Eighth Circuit Court of Appeals. ECF 120, 121. Defendants also moved this Court and the Eighth Circuit for a stay of the Order, pending appeal, both of which denied those motions. *See* ECF 119, 130.

On January 14, 2025, the Parties filed a Joint Motion to Stay Proceedings Pending Appeal. ECF 139. The Court granted the motion on January 15, staying the proceedings pending a final determination by the Eighth Circuit. ECF 143.

On January 15, 13 states, led by New Jersey, moved the court for leave to file a motion to intervene in the case. ECF 141. That motion was granted on January 21. ECF 155. Plaintiffs moved to intervene the same day. ECF 156. Plaintiffs

interpret the Court's stay to include this motion to intervene. However, Plaintiffs will respond to the motion to intervene, in opposition, if directed by the Court.

Respectfully submitted this 22nd day of January, 2025,

                              **KRIS W. KOBACH**
                              **Attorney General of Kansas**

                              */s/ James Rodriguez*
                              James R. Rodriguez, Kan. SC No. 29172
                              *Assistant Attorney General*
                              Abhishek S. Kambli, Kan. SC No. 29788
                              *Deputy Attorney General*
                              Kansas Office of the Attorney General
                              Topeka, Kansas 66612-1597
                              Phone: (785) 260-3960
                              Email: jay.rodriguez@ag.ks.gov
                              abhishek.kambli@ag.ks.gov
                              *Counsel for the State of Kansas*