## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Kansas, et al., ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| United States of America, et al., ) | Case No. 1:24-cv-150 |
| ) | |
| Defendants. ) | |

On motion by Defendants, the Court issued an order staying this action due to a lapse of appropriations. (Doc. No. 212).

On November 14, 2025, Defendants filed a Notice of Restoration of Appropriations and Request to Lift Stay. (Doc. No. 213). Defendants' motion (Doc. No. 213) is **GRANTED**. The parties shall prepare and file a joint status report by December 1, 2025.

**IT IS SO ORDERED.**

Dated this 18th day of November, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court