IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| The State of KANSAS, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>　　　　　　　　　　Defendants,<br><br>v.<br><br>CLAUDIA MOYA LOPEZ, *et al.*,<br><br>　　　　　　　　　　Intervenors. | Civil Action No. 1:24-cv-00150-DMT-CRH |

## JOINT STATUS REPORT

The Parties submit this joint status report pursuant to the Court's November 18, 2025, order. ECF 214.

On December 9, 2024, this Court issued a preliminary injunction and stay of Defendants' Final Rule. ECF 117 ("Order"). On December 12, 2024, Defendants notified the Court they were appealing the Order in the Eighth Circuit Court of Appeals. The Eighth Circuit dismissed that appeal on October 1, 2025, following a joint stipulation by the parties. ECF 206. On January 15, 2025, this case was stayed pending resolution of the appeal; the stay was lifted on November 18, 2025. ECF 142, 214.

On June 25, 2025 the Department of Health and Human Services published a final rule, *Patient Protection and Affordable Care Act; Marketplace Integrity and Affordability*, which, among other things, reverses the challenged rule and excludes DACA recipients from the ACA. 90 Fed. Reg.

1

27074. *See id.* at 27098 ("we are finalizing this policy as proposed to modify the definition of "lawfully present" at §155.20 used for the purpose of determining whether a consumer is eligible to enroll in a QHP through an Exchange… which excludes DACA recipients."). The rule became effective on August 25, 2025, and remains in effect. Accordingly, the Parties agree that Plaintiffs' claims are now moot.

As this case is now moot, Plaintiffs intend to file a notice of voluntary dismissal, under Fed. R. Civ. P. 41(a)(1)(A)(i). No further proceedings are contemplated by the parties.

Dated: December 1, 2025

Respectfully submitted,

KRIS W. KOBACH
Attorney General of Kansas

*/s/ James R. Rodriguez*
James R. Rodriguez, Kan. SC No. 29172
*Assistant Attorney General*
Kansas Office of the Attorney General
Topeka, Kansas 66612-1597
Phone: (785) 368-8197
Email: jay.rodriguez@ag.ks.gov
*Counsel for the State of Kansas*

BRETT A. SHUMATE
Assistant Attorney General

*/s/ Eric Beckenhauer*
Eric B. Beckenhauer, Cal. Bar No. 237526
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW Washington, DC 20005
(202) 514-3338
(202) 616-8470 (fax)
eric.beckenhauer@usdoj.gov
*Counsel for Defendants*

*/s/ Matthew S. Rozen*
Matthew S. Rozen (VA Bar No. 85871)
John Matthew Butler (D.C. Bar No. 1721350)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
mrozen@gibsondunn.com
mbutler@gibsondunn.com
Telephone: 202.955.8500
Facsimile: 202.467.0539

Betty X. Yang (TX Bar No. 24088690)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201
byang@gibsondunn.com
Telephone: 214.698.3100
Facsimile: 214.571.2900

Tanya Broder (pro hac vice)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. Suite 108 – 62
Los Angeles, CA 90010
broder@nilc.org
Telephone: 213.639.3900
Facsimile: 213.639.3911

Joanna E. Cuevas Ingram (pro hac vice)
Hilda Bonilla (pro hac vice)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, DC 20043
cuevasingram@nilc.org
bonilla@nilc.org
Telephone: 202.216.0261
Facsimile: 202.216.0266
*Counsel for Intervenors*

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 1st day of December, 2025, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>/s/ James R. Rodriguez</u>
James R. Rodriguez, Kan. SC No. 29172
*Assistant Attorney General*
*Counsel for the State of Kansas*
