IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| The State of KANSAS, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and the CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>       Defendants,<br><br>v.<br><br>CLAUDIA MOYA LOPEZ, *et al.*,<br><br>       Intervenors. | Civil Action No. 1:24-cv-00150-DMT-CRH |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiffs hereby give notice voluntary dismissal of this action.

On June 25, 2025 the Department of Health and Human Services published a final rule, *Patient Protection and Affordable Care Act; Marketplace Integrity and Affordability*, which, among other things, reverses the challenged rule and excludes DACA recipients from the ACA. 90 Fed. Reg. 27074. The rule became effective on August 25, 2025. Accordingly, Plaintiffs' claims are now moot.

Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendants United States of America, *et al.*, have not served an

1

answer or motion for summary judgment in this action. Plaintiffs accordingly notice voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: December 10, 2025

Respectfully submitted,

**KRIS W. KOBACH**
**Attorney General of Kansas**

*/s/ James R. Rodriguez*
James R. Rodriguez, Kan. SC No. 29172
*Assistant Attorney General*
Kansas Office of the Attorney General
Topeka, Kansas 66612-1597
Phone: (785) 368-8197
Email: jay.rodriguez@ag.ks.gov
*Counsel for the State of Kansas*

**DREW H. WRIGLEY**
**North Dakota Attorney General**

*/s/ Philip Axt*
Philip Axt
*Solicitor General*
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck, North Dakota 58505
Phone: (701) 328-2210
Email: pjaxt@nd.gov
*Counsel for the State of North Dakota*

**STEVE MARSHALL**
**Alabama Attorney General**

*/s/ Robert M. Overing*
Robert M. Overing
*Deputy Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Phone: (334) 242-7300
Fax: (334) 353-8400
Email: Robert.Overing@alabamaag.gov
*Counsel for the State of Alabama*

TIM GRIFFIN
**Arkansas Attorney General**

*/s/ Autumn Hamit Patterson*
*Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2007
Email:
autumn.patterson@arkansasag.gov
*Counsel for the State of Arkansas*

JAMES UTHMEIER
**Florida Attorney General**

*/s/Christine K. Pratt*
Christine K. Pratt
*Assistant Solicitor General*
Florida Attorney General's Office
PL-01 The Capitol
Tallahassee, FL 32399
Phone: (850) 414-3300
Fax: (850) 487-2564
Email: Christine.pratt@myfloridalegal.com
*Counsel for the State of Florida*

RAÚL R. LABRADOR
**Attorney General of Idaho**

*/s/ Alan Hurst*
Alan Hurst
*Solicitor General*
Matthew L. Maurer
*Deputy Attorney General*
Office of the Attorney General
PO Box 83720,
Boise, Idaho 83720
Phone: (208) 334-2400
Email: Alan.Hurst@ag.idaho.gov
Matthew.Maurer@ag.idaho.gov
*Counsel for the State of Idaho*

THEODORE E. ROKITA
**Attorney General of Indiana**

*/s/ James A. Barta*
James A. Barta
*Solicitor General*
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
Phone: (317) 232-0709
Email: james.barta@atg.in.gov
*Counsel for the State of Indiana*

BRENNA BIRD
**Attorney General of Iowa**

*/s/ Eric H. Wessan*
Eric H. Wessan
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
Phone: (515) 823-9117
Email: Eric.Wessan@ag.iowa.gov
*Counsel for the State of Iowa*

RUSSELL COLEMAN
**Attorney General of Kentucky**

*/s/ Zachary Zimmerer*
Zachary Zimmerer
*Assistant Attorney General*
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Phone: (502) 696-5617
Email: zachary.zimmerer@ky.gov
*Counsel for the Commonwealth of Kentucky*

CATHERINE HANAWAY
**Attorney General of Missouri**

*/s/ Louis J. Capozzi*
Louis J. Capozzi
*Solicitor General*
Office of the Missouri Attorney General
Supreme Court Building
207 West High Street
Jefferson City, Missouri 65102
Phone: (717) 802-2077
Email: louis.capozzi@ago.mo.gov
*Counsel for the State of Missouri*

AUSTIN KNUDSEN
**Attorney General of Montana**

*/s/ Christian B. Corrigan*
Christian B. Corrigan
*Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
Phone: (406) 444.2707
Email: Christian.corrigan@mt.gov
*Counsel for the State of Montana*

MICHAEL T. HILGERS
**Attorney General of Nebraska**

*/s/ Zachary B. Pohlman*
Zachary B. Pohlman
*Deputy Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
Phone: (402) 471-2682
Email: Zachary.Pohlman@Nebraska.gov
*Counsel for the State of Nebraska*

JOHN M. FORMELLA
**Attorney General of New Hampshire**

*/s/Brandon F. Chase*
Brandon F. Chase
*Assistant Attorney General*
New Hampshire Department of Justice
1 Granite Place – South
Concord, New Hampshire 03301
Phone: (603) 271-3650
Email: brandon.f.chase@doj.nh.gov
*Counsel for the State of New Hampshire*

DAVE YOST
**Attorney General of Ohio**

*/s/ Mathura J. Sridharan*
Mathura J. Sridharan
*Ohio Solicitor General*
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
Phone: (614)466-8980
Fax: (614) 466-5087
Email: mathura.sridharan@ohioago.gov
*Counsel for the State of Ohio*

ALAN WILSON
**Attorney General of South Carolina**

*/s/ Joseph D. Spate*
Joseph D. Spate
*Assistant Deputy Solicitor General*
Office of the South Carolina Attorney General
1000 Assembly Street
Columbia, South Carolina 29201
Phone: (803) 734-3371
Email: josephspate@scag.gov
*Counsel for the State of South Carolina*

MARTY J. JACKLEY
**Attorney General of South Dakota**

*/s/ Jonathan K. Van Patten*
Jonathan K. Van Patten
*Assistant Attorney General*
Office of the Attorney General
State of South Dakota
1302 E. Hwy. 14, Suite #1
Pierre, South Dakota 57501
Phone: (605) 773-3215
Email: jonathan.vanpatten@state.sd.us
*Counsel for the State of South Dakota*

KEN PAXTON
**Attorney General of Texas**

Brent Webster
*First Assistant Attorney General*
Ralph Molina
*Deputy First Assistant Attorney General*
Austin Kinghorn
*Deputy Attorney General, Legal Strategy*
Ryan D. Walters
*Chief, Special Litigation Division*

*/s/ David Bryant*
David Bryant
*Senior Special Counsel*
Munera Al-Fuhaid
*Special Counsel*
Office of Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711
Phone: (512) 936-1700
Email: David.Bryant@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov
*Counsel for the State of Texas*

JONATHAN SKRMETTI
**Attorney General and Reporter of Tennessee**

*/s/ James Matthew Rice*
James Matthew Rice
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Phone: 615-532-6026
Email: matt.rice@ag.tn.gov
*Counsel for the State of Tennessee*

JASON S. MIYARES
**Attorney General of Virginia**

*/s/ Kevin M. Gallagher*
Kevin M. Gallagher
*Solicitor General*
Virginia Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-2071
Fax: (804) 786-1991
Email: kgallagher@oag.state.va.us
*Counsel for the Commonwealth of Virginia*

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of December, 2025, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ James R. Rodriguez*
James R. Rodriguez, Kan. SC No. 29172
*Assistant Attorney General*
*Counsel for the State of Kansas*
