## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Kansas, et al., | |
| Plaintiffs, | |
| vs. | Case No. 1:24-cv-00150 |
| United States of America, et al, | |
| Defendants. | |

## ORDER ADOPTING NOTICE OF DISMISSAL

[¶ 1]   THIS MATTER comes before the Court on a Notice of Voluntary Dismissal filed by Plaintiffs on December 10, 2025. Doc. No. 217. Plaintiffs state that on June 25, 2025, the Department of Health and Human Services published a final rule, *Patient Protection and Affordable Care Act; Marketplace Integrity and Affordability*, which, among other things, reverses the challenged rule and excludes DACA recipients from the ACA. See 90 Fed. Reg. 27074. The rule became effective on August 25, 2025. Accordingly, Plaintiffs' claims are now moot and they move to voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure.

[¶ 2]   Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that the above-entitled action is hereby **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure. Each party shall bear their own costs and attorneys' fees except as set forth between the Parties.

[¶ 3] **IT IS SO ORDERED.**

DATED December 11, 2025.

Daniel M. Traynor, District Judge
United States District Court